**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | |
|---|---|
| 1. **Debtor's name** | Danimer Scientific, Inc. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Live Oak Acquisition Corp.

3. **Debtor's federal Employer Identification Number (EIN)**

   8 4 – 1 9 2 4 5 1 8

4. **Debtor's address**

   **Principal place of business**

   140   Industrial Boulevard
   Number   Street

   Bainbridge   Georgia   39817
   City   State   ZIP Code

   Decatur
   County

   **Mailing address, if different from principal place of business**

   _____   _____
   Number   Street

   _____
   P.O. Box

   _____   ____   _____
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____   _____
   Number   Street

   _____
   City   State   ZIP Code

5. **Debtor's website** (URL)    https://danimerscientific.com/

Debtor    Danimer Scientific, Inc.
_____
Name                                                                                          Case number (*if known*)_____

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>3</u>  <u>2</u>  <u>5</u>  <u>2</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY

        District _____  When _____  Case number _____
                                        MM / DD / YYYY

---

Debtor  Danimer Scientific, Inc.
_____  Case number (if known) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  See Rider 1 _____  Relationship _____

District  Delaware _____  When _____
                                                          MM  /  DD  / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No  See Rider 2

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number        Street

_____

_____
City                                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor   __Danimer Scientific, Inc._____     Case number (*if known*)_____
              Name

| 15. Estimated assets (on a consolidated basis) | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☒ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities (on a consolidated basis) | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __03/18/2025__
             MM  / DD / YYYY

✖ __/s/ Stephen Martin_____          __Stephen Martin_____
Signature of authorized representative of debtor          Printed name

Title  __Chief Legal Officer and Corporate Secretary__

**18. Signature of attorney**

✖ *__/s/ Daniel J. DeFranceschi_____*          Date  __03/18/2025__
Signature of attorney for debtor                                  MM  / DD / YYYY

__Daniel J. DeFranceschi_____
Printed name
__RICHARDS, LAYTON & FINGER, P.A._____
Firm name
__920_____ __North King Street_____
Number     Street
__Wilmington_____          __Delaware__  __19801__
City                                                State      ZIP Code

__(302) 651-7700_____          __defranceschi@rlf.com_____
Contact phone                          Email address

__No. 2732_____          __Delaware__
Bar number                    State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  001-39280      .

2. The following financial data is the latest available information and refers to the debtor's condition on  January 31, 2025  .

    a. Total assets                  $ 622,533,713

    b. Total debts (including debts listed in 2.c., below)    $  449,489,059

    c. Debt securities held by more than 500 holders

| | | | | | Approximate number of holders: |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☑ | $ | 216,700,000 | Unknown |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | |

    d. Number of shares of preferred stock      0

    e. Number of shares common stock      3,175,864

Comments, if any:  The total assets and total debts in 2(a) and 2(b), respectively, are based on Danimer Scientific Inc.'s January 31, 2025 book end.  While the Debtors do not believe they hold securities held by more than 500 holders, the Debtors have included amounts in 2(c) that may be widely held in an abundance of caution, and the debt amount provided in 2(c) above reflects the approximate principal amount outstanding as of the date hereof.

3. Brief description of debtor's business:

Danimer Scientific, Inc. is a performance-polymer company specializing in bioplastic replacements for traditional petroleum based plastics.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Armistice Capital Master Fund Ltd., Stephen E. Croskrey

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DANIMER SCIENTIFIC, INC., *et al.*, | ) | Case No. 25 – [_____] (__) |
|  | ) |  |
| Debtors.[1] | ) | (Joint Administration Requested) |
|  | ) |  |

**Rider 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor
<u>in the United States Bankruptcy Court for the District of Delaware on the Date Hereof</u>**

| |
|---|
| Danimer Scientific, Inc. |
| Danimer Bioplastics, Inc. |
| Danimer Scientific Holdings, LLC |
| Danimer Scientific Kentucky, Inc. |
| Danimer Scientific Manufacturing, Inc. |
| Danimer Scientific, L.L.C. |
| Meredian Bioplastics, Inc. |
| Meredian Holdings Group, Inc. |
| Meredian, Inc. |
| Novomer, Inc. |

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are:  Danimer Scientific, Inc. (4518); Danimer Bioplastics, Inc. (8734); Danimer Scientific Holdings, LLC (8521); Danimer Scientific Kentucky, Inc. (6371); Danimer Scientific Manufacturing, Inc. (0322); Danimer Scientific, L.L.C. (7346); Meredian Bioplastics, Inc. (5822); Meredian Holdings Group, Inc. (7239); Meredian, Inc. (7507); and Novomer, Inc. (4173).  The location of the Debtors' corporate headquarters is:  140 Industrial Boulevard, Bainbridge, Georgia, 39817.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DANIMER SCIENTIFIC, INC., *et al.*, | ) | Case No. 25 – [_____] (__) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |

**Rider 2**

**Real Property or Personal Property that Needs Immediate Attention**

Question 12, among other things, asks debtors to identify any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

The above-captioned debtor and its affiliated debtors and affiliated non-debtors (collectively, the "***Company***") are a performance polymer company specializing in bioplastic replacements for traditional petroleum-based plastic. The Company does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety. The Company notes that it is not aware of any definition of "imminent and identifiable" harm as used in this form.

---

[1]    The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Danimer Scientific, Inc. (4518); Danimer Bioplastics, Inc. (8734); Danimer Scientific Holdings, LLC (8521); Danimer Scientific Kentucky, Inc. (6371); Danimer Scientific Manufacturing, Inc. (0322); Danimer Scientific, L.L.C. (7346); Meredian Bioplastics, Inc. (5822); Meredian Holdings Group, Inc. (7239); Meredian, Inc. (7507); and Novomer, Inc. (4173). The location of the Debtors' corporate headquarters is: 140 Industrial Boulevard, Bainbridge, Georgia, 39817.

*Execution Version*

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS OF
# DANIMER SCIENTIFIC, INC.

## March 18, 2025

The undersigned, constituting all of the members of the board of directors (the "***Board***") of Danimer Scientific, Inc. (the "***Company***") hereby take the following actions by unanimous written consent without a meeting pursuant to (a) the organizational documents of the Company and (b) Section 141(f) of the Delaware General Corporation Law.

**WHEREAS**, pursuant to a unanimous written consent duly adopted on November 7, 2024, the Board tasked its existing executive committee (the "***Executive Committee***") with evaluating, reviewing, and negotiating any potential restructuring transaction and making recommendations to the Board, among other things;

**WHEREAS**, the Executive Committee and the Board have studied and considered the financial condition of the Company and its subsidiaries (collectively, the "***Company Group***"),[1] including the Company Group's immediate liquidity needs, liabilities, contractual obligations, the short-term and long-term prospects available to the Company Group, the strategic alternatives available to the Company Group and the related circumstances and situation, including the current and reasonably foreseeable future conditions of the industry in which the Company Group operates;

**WHEREAS**, the Executive Committee and the Board have consulted with the Company Group's financial and legal advisors and considered a variety of strategic alternatives available to the Company Group;

**WHEREAS**, the Executive Committee and the Board have determined that it is advisable and in the best interests of the Company and the Company Group to (i) file for immediate protection under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") and (ii) file or cause to be filed voluntary petitions for relief (the "***Chapter 11 Petitions***," and the cases commenced thereby, the "***Chapter 11 Cases***") pursuant to chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, or another appropriate court (the "***U.S. Bankruptcy Court***"), and any and all documents necessary or convenient to effect, cause, or to promote the Chapter 11 Cases;

**WHEREAS**, certain lenders (collectively, the "***Super Senior Bridge Loan Lenders***") have agreed to provide post-petition financing to the Company Group under a debtor-in-possession

---

[1] For the avoidance of doubt, the term Company Group shall only include: (1) Danimer Scientific, Inc.; (2) Meredian Holdings Group, Inc.; (3) Danimer Scientific Manufacturing, Inc.; (4) Danimer Scientific Holdings, LLC; (5) Novomer, Inc.; (6) Danimer Scientific Kentucky, Inc.; (7) Danimer Scientific, L.L.C.; (8) Danimer Bioplastics, Inc.; (9) Meredian, Inc.; and (10) Meredian Bioplastics, Inc.

facility (the "**_DIP Facility_**"), on the terms and subject to the conditions set forth in that certain term sheet for the DIP Facility provided by certain of the Super Senior Bridge Loan Lenders party thereto (in their capacity as lender under the DIP Facility, the "**_DIP Lenders_**");

**WHEREAS**, the Company Group will obtain benefits from the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "**_Cash Collateral_**"), which is security for the claims held by the Company Group's secured lenders;

**WHEREAS**, the Board has reviewed and considered the need for the Chapter 11 Cases and have (x) determined that it is advisable, fair to, and in the best interests of the Company and the Company Group to approve the filing of the Chapter 11 Cases and (y) recommended that the Board pursue, adopt and approve the filing of the Chapter 11 Cases; and

**WHEREAS**, after review of (i) the financial condition of the Company Group, the current and reasonably foreseeable future conditions of the industry in which the Company Group operates, the outlook for the Company Group's businesses and the other alternatives available to the Company Group, (ii) the liquidity position of the Company Group and necessary use of the Cash Collateral, and (iii) such other considerations as the Board deems relevant, the Board, following consultation with the financial and legal advisors to the Company Group, have determined that it is advisable and in the best interests of the Company Group to pursue the Chapter 11 Cases, as approved in this written consent.

**NOW, THEREFORE, BE IT RESOLVED**, that the Board hereby authorizes and empowers each duly appointed director, authorized person or officer of the Company and each of its subsidiaries, (each an "**_Authorized Officer_**" and, collectively, the "**_Authorized Officers_**"), to take such actions or cause to be prepared and/or executed any documents related to the Chapter 11 Cases, and incur and pay or cause to be paid all fees and expenses and engage such persons, negotiate and finalize the terms of the DIP Financing as authorized by the Board, in each case, as the Authorized Officer taking such action shall in his or her judgment determine to be necessary or appropriate to effectuate the Chapter 11 Cases, which determination shall be conclusively evidenced by such Authorized Officer's execution or delivery thereof;

### _Chapter 11 Filing_

**FURTHER RESOLVED**, that the Board hereby determines that it is advisable and in the best interests of the Company and the Company Group to file the Chapter 11 Petitions pursuant to chapter 11 of the Bankruptcy Code with the U.S. Bankruptcy Court;

**FURTHER RESOLVED**, that the Board hereby authorizes the Company and the Company Group to file or cause to be filed the Chapter 11 Petitions pursuant to chapter 11 of the Bankruptcy Code with the U.S. Bankruptcy Court;

**FURTHER RESOLVED,** that the Board hereby authorizes and empowers each Authorized Officer to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court on behalf of the Company and the Company Group, the Chapter 11 Petitions, in such form as prescribed by the official forms promulgated pursuant to the Bankruptcy Code;

**FURTHER RESOLVED**, that the Board hereby authorizes and empowers each Authorized Officer to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court all papers, motions, applications, schedules, and pleadings necessary, appropriate, or convenient to facilitate the Chapter 11 Cases and all of its matters and proceedings, and any and all other documents necessary, appropriate, or convenient in connection with the commencement or prosecution of the Chapter 11 Cases, each in such form or forms as the Authorized Officer may approve;

### *Debtor-in-Possession Financing, Cash Collateral and Adequate Protection*

**FURTHER RESOLVED**, that the Board hereby determines that the Company Group will obtain benefits from the loans and other financial accommodations under the DIP Facility and the consummation of the Financing Transactions under the DIP Loan Documents (each as defined below) which are necessary and appropriate to the conduct, promotion, and attainment of the business of the Company Group;

**FURTHER RESOLVED**, that the Board hereby authorizes and approves, in all respects, the Company Group's entry into the DIP Facility, as finalized by those directors delegated with such authority, together with any agreements or documentation relating thereto (collectively, the "***DIP Loan Documents***"), and the performance of its obligations thereunder;

**FURTHER RESOLVED**, that the Board hereby authorizes and empowers each Authorized Officer to take such actions and negotiate or cause to be prepared and negotiated and to execute, file, and deliver the DIP Loan Documents, with such changes, additions, and modifications thereto as any Authorized Officer executing the same shall approve, such approval to be conclusively evidenced by such Authorized Officer's execution or delivery thereof, cause the Company Group to perform their obligations under the DIP Loan Documents, or any amendments or modifications thereto that may be contemplated by, or required in connection with, the Chapter 11 Cases, and incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, as any such Authorized Officer shall in his or her judgment determine to be necessary or appropriate to consummate the Chapter 11 Transactions, which determination shall be conclusively evidenced by such Authorized Officer's execution or delivery thereof;

**FURTHER RESOLVED**, that the Board hereby authorizes and empowers each Authorized Officer and the Company Group to: (i) undertake any and all transactions contemplated by the DIP Loan Documents, on substantially the terms and subject to the conditions set forth in the DIP Loan Documents or as may hereafter be fixed or authorized by the Board, any Authorized Officer, or the Company; (ii) borrow funds from, provide guaranties to, pledge their assets as collateral to, and undertake any and all related transactions contemplated thereby (collectively, the "***Financing Transactions***," and each such transaction, a "***Financing Transaction***") with the DIP Lenders and on such terms as may be approved by any Authorized Officer, as reasonably necessary or appropriate for the continuing conduct of the affairs of the Company Group; (iii) execute and deliver and cause the Company Group to incur and perform their obligations under the DIP Loan Documents and Financing Transactions; (iv) finalize the DIP Loan Documents and Financing Transactions, consistent in all material respects with the drafts thereof that have been presented to and reviewed by the Board; and (v) pay related fees and grant security interests in and liens upon some, any, or all of the Company Group's assets, as may be deemed necessary by any Authorized

Officer in connection with such Financing Transactions;

**FURTHER RESOLVED**, that the Board hereby authorizes and empowers each Authorized Officer to take such actions and negotiate or cause to be prepared and negotiated and to execute, file, deliver and cause the Company Group to incur and perform its obligations under the DIP Loan Documents and all other agreements, instruments and documents (including, without limitation, any and all other intercreditor agreements, joinders, mortgages, deeds of trust, consents, notes, pledge agreements, security agreements, control agreements, and any agreements with any entity (including governmental authorities) requiring or receiving cash collateral or other credit support with proceeds from the DIP Credit Agreement) or any amendments thereto or waivers thereunder (including, without limitation, any amendments, waivers or other modifications of any of the DIP Loan Documents or the Super Senior Bridge Loan Documents) that may be contemplated by, or required in connection with, the DIP Loan Documents and the Financing Transactions, and incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, as such Authorized Officer shall in his or her judgment determine to be necessary or appropriate to consummate the transactions contemplated by the DIP Loan Documents, which determination shall be conclusively evidenced by such Authorized Officer's execution or delivery thereof;

**FURTHER RESOLVED**, that the Board hereby authorizes and empowers each Authorized Officer to authorize the DIP Lenders to file any UCC financing statements or other personal property financing statements, mortgages, notices, and any necessary assignments for security or other documents in the name of the Company Group that the DIP Lenders deem necessary or appropriate to perfect any lien or security interest granted under the DIP Loan Documents, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired" and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Company Group and such other filings in respect of intellectual and other property of the Company Group, in each case as the DIP Lenders may reasonably request to perfect the security interests granted under the DIP Loan Documents;

**FURTHER RESOLVED**, that the Board hereby authorizes and empowers each Authorized Officer to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the DIP Loan Documents and the Super Senior Bridge Loan Documents, and to execute and file on behalf of the Company Group all petitions, schedules, lists, and other motions, papers, or documents, which shall in his or her sole judgment be necessary, proper, or advisable, which determination shall be conclusively evidenced by such Authorized Officer's execution or delivery thereof;

**FURTHER RESOLVED**, that in order to use and obtain the benefits of the Cash Collateral, and in accordance with section 363 of the Bankruptcy Code, the Board hereby authorizes the Company Group to provide certain adequate protection to the Super Senior Bridge Loan Lenders and the lenders under that certain Financing Agreement, dated as of March 17, 2023 (as amended, supplemented, restated, amended and restated, or otherwise modified from time to time) (the "***Adequate Protection Obligations***"), as documented in a proposed interim order (any such order, the "***Interim DIP Order***") and a proposed final order (any such order, the "***Final DIP***

*Order*," and together with the Interim DIP Order, the "*DIP Orders*") described to the Board and submitted for approval to the U.S. Bankruptcy Court;

**FURTHER RESOLVED**, that the Board hereby approves the form, terms, and provisions of the DIP Orders to which the Company Group are or will be subject, and the actions and transactions contemplated thereby and authorize and empower each Authorized Officer to take such actions and negotiate, or cause to be prepared and negotiated, and to execute, deliver, perform, and cause the performance of, the DIP Orders and the DIP Loan Documents (together, the "*DIP Documents*"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, on substantially the terms and subject to the conditions described to the Board, with such changes, additions, and modifications thereto as the Authorized Officer executing the same shall approve, such approval to be conclusively evidenced by such Authorized Officer's execution or delivery thereof;

**FURTHER RESOLVED**, that the Board hereby authorizes the Company Group, as debtors and debtors in possession under the Bankruptcy Code, to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Documents (collectively, the "*Adequate Protection Transactions*");

**FURTHER RESOLVED**, that the Board hereby authorizes and empowers each Authorized Officer to take such actions as in their discretion is determined to be necessary, appropriate, or advisable and execute the Adequate Protection Transactions, including delivery of: (i) the DIP Documents and such agreements, certificates, instruments, guaranties, notices, and any and all other documents, including, without limitation, any amendments to any DIP Documents (collectively, the "*Adequate Protection Documents*"); (ii) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the Super Senior Bridge Loan Lenders; and (iii) such forms of deposit, account control agreements, officer's certificates, and compliance certificates as may be required by the DIP Documents or any other Adequate Protection Documents;

**FURTHER RESOLVED**, that the Board hereby authorizes and empowers each Authorized Officer to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Adequate Protection Transactions and all fees and expenses incurred by or on behalf of the Company Group in connection with these resolutions, in accordance with the terms of the Adequate Protection Documents, which shall in his or her sole judgment be necessary, appropriate, or advisable to perform any of the Company Group obligations under or in connection with the DIP Orders or any of the other Adequate Protection Documents and the transactions contemplated thereby and to carry out fully the intent of this written consent;

### *Retention of Professionals*

**FURTHER RESOLVED**, that the Board hereby approves the Company Group's engagement of Vinson & Elkins L.L.P. ("*V&E*") as general bankruptcy counsel to represent and assist the Company Group in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Company Group's rights and obligations, including filings and pleadings, and each Authorized Officer is hereby authorized and

empowered to take such actions as may be required to so engage V&E for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of V&E;

**FURTHER RESOLVED**, that the Board hereby approves the Company Group's engagement of Richards, Layton & Finger, PA ("**RLF**") as Delaware local counsel to represent and assist the Company Group in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Company Group's rights and obligations, including filings and pleadings, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage RLF for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of RLF;

**FURTHER RESOLVED**, that the Board hereby approves the Company Group's engagement of AlixPartners, LLP ("**AlixPartners**") as financial advisors to represent and assist the Company Group in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Company Group's rights and obligations, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage AlixPartners for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of AlixPartners;

**FURTHER RESOLVED**, that the Board hereby approves the Company Group's engagement of Stretto, Inc. ("**Stretto**") as notice, claims, and solicitation agent to represent and assist the Company Group in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Company Group's rights and obligations, is hereby approved, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage Stretto for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Stretto;

**FURTHER RESOLVED**, that the Board hereby authorizes and empowers each Authorized Officer to employ any other professionals to assist the Company Group in carrying out their duties under the Bankruptcy Code; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

## _General_

**FURTHER RESOLVED**, that the Board hereby authorizes and empowers each Authorized Officer, on behalf of the Company Group, to certify and attest to any documents that he or she may deem necessary, appropriate, or convenient to consummate any transactions

necessary to effectuate the foregoing resolutions; *provided*, such attestation shall not be required for the validity of any such documents;

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken by the Authorized Officers, or any of them, within the foregoing resolutions, are, and each of them is, hereby ratified, confirmed and approved;

**FURTHER RESOLVED**, that the Authorized Officers are, and each of them is, hereby authorized and empowered in the name and on behalf of the Company, to execute and deliver such agreements, instruments and documents, and to take or cause to be taken such other actions, as such Authorized Officer or Authorized Officers may determine to be necessary or advisable to implement the purposes and intent of the foregoing resolutions; each such agreement, instrument and document to be in such form and to contain such terms and conditions, consistent with the foregoing resolutions, as such Authorized Officer or Authorized Officers executing the same may approve, the execution and delivery of any such agreement, instrument or document by any such Authorized Officer or the taking of such action to be conclusive evidence of such authorization and approval;

**FURTHER RESOLVED**, that this consent may be executed and delivered by facsimile, .pdf or other electronic means, and such execution shall be considered valid, binding and effective for all purposes; and

**FURTHER RESOLVED**, that this consent may be executed and delivered in one or more counterparts, all of which taken together shall be considered to be one and the same written consent.

IN WITNESS WHEREOF, the undersigned have executed this written consent to be effective as of the date first written above.

Signed by:

Richard Altice

DocuSigned by:

John Amboian

DocuSigned by:

Philip Gregory Calhoun

Signed by:

Stephen E. Croskrey

DocuSigned by:

Richard Hendrix

DocuSigned by:

Gregory Hunt

DocuSigned by:

Allison Leopold Tilley

Signed by:

Dr. David Moody

DocuSigned by:

Dr. Isao Noda

DocuSigned by:

Stuart Pratt

*[Signature Page to*
*the Unanimous Written Consent of*
*the Board of Directors of Danimer Scientific, Inc.]*

**Fill in this information to identify the case:**

Debtor Name: <u>Danimer Scientific, Inc., et al.</u>

United States Bankruptcy Court for the: <u>District of Delaware</u>

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204                   216717847.1

**Chapter 11 or Chapter 9 Cases: List of Creditors the 30 Who Have Unsecured Claims and Are Not Insiders**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | U.S. Bank National Association<br>425 Walnut Street<br>Cincinnati, OH 45202<br>USA | Bradley Scarbrough<br>(p) 213-615-6047<br>(e) bradley.scarbrough@usbank.com | Convertible Notes | | $0 | $0 | $216,946,864 |
| 2 | Centerview Partners LLC<br>31 West 52nd Street, 22nd Floor<br>New York, NY 10019<br>USA | General Counsel's Office<br>(p) 212-380-2650 | Professional Services | | $0 | $0 | $700,000 |
| 3 | Shareholder Representative Services LLC<br>950 17th Street, Suite 1400<br>Denver, CO 80202<br>USA | Managing Director<br>(p) 303-648-4085<br>(e) deals@srsacquiom.com | Sale Settlement Adjustment | | $0 | $0 | $500,000 |
| 4 | Kane Kessler, P.C.<br>600 Third Ave, 35th Floor<br>New York, NY 10016-1901<br>USA | Rob Lawrence / Aris Haigian<br>(p) 212-541-6222<br>(e) rlawrence@kanekessler.com /<br>ahaigian@kanekessler.com | Professional Services | | $0 | $0 | $271,006 |
| 5 | NYSE Market (DE), Inc.<br>11 Wall St<br>New York, NY 60673<br>USA | Lynn Martin<br>(p) 212-656-3000<br>(e) ar@nyse.nyse.com | Stock Exchange | | $0 | $0 | $225,674 |
| 6 | Mitsubishi Chemical<br>9115 Harris Corners Pkwy, Ste 300<br>Charlotte, NC 28269<br>USA | Cathy Baker / Dennis Tayler<br>(p) 864-879-5761<br>(f) 864-879-5618<br>(e) cathy.baker@mcgc.com /<br>dennis.taylor@mcgc.com | Trade Debt | | $0 | $0 | $192,000 |
| 7 | Bunge<br>1391 Timberlake Manor Parkway<br>Chesterfield, MO 63017<br>USA | Greg Heckman<br>(p) 855-292-7581<br>(e) greg.heckman@bunge.com | Trade Debt | | $0 | $0 | $186,942 |
| 8 | BASF Corporation<br>29492 Network Place<br>Chicago, IL 60673-1294<br>USA | Karen Killeen<br>(p) 862-229-3754<br>(e) karen.killeen@basf.com | Trade Debt | | $0 | $0 | $157,146 |
| 9 | Kentucky Utilities<br>500 Stone Rd<br>Lexington, KY 40503<br>USA | Tom Jessee<br>(p) 800-331-7370<br>(f) 502-217-3000 | Utilities | | $0 | $0 | $155,298 |
| 10 | Chemical Resources, Inc.<br>1121 Solutions Center<br>Chicago, IL 60677<br>USA | Teresa Brown<br>(p) 502-367-2228<br>(f) 502-367-6661<br>(e) brownt@chemgroup.com | Trade Debt | | $0 | $0 | $141,912 |
| 11 | Winchester Municipal Utilities<br>150 North Main St.  PO Box 4177<br>Winchester, KY 40392<br>USA | Susie Kiniry<br>(p) 859-744-5434<br>(e) susie@wmuutilities.com | Utilities | | $0 | $0 | $126,607 |
| 12 | American Welding & Gas Inc.<br>6944 S Pulaski Rd<br>Chicago, IL 60629<br>USA | Sean Bennett<br>(p) 800-967-6874<br>(f) 859-737-5312<br>(e) sean.bennett@awggases.com | Trade Debt | | $0 | $0 | $105,303 |
| 13 | Total Corbion PLA bv<br>Stadhuisplein 70 4203 NS<br>Gorinchem,<br>NLD | Chiel Rietvelt<br>(p) 866-221-3372<br>(f) 713-483-5252 | Trade Debt | | $0 | $0 | $99,739 |
| 14 | CBIZ INC<br>5959 Rockside Woods Blvd. N., Suite 600<br>Cleveland, OH 44131<br>USA | Ceil Delsanter<br>(p) 440-459-5882<br>(e) Ceil.Delsanter@marcumllp.com | Trade Debt | | $0 | $0 | $94,050 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | Symmetry Energy Solutions, Inc 9811 Katy Freeway, Suite 1400 Houston, TX 77024 USA | Darlene Rivers (p) 888-200-3788 (e) darlene.rivers@symmetryenergy.com | Utilities | | $0 | $0 | $90,844 |
| 16 | NatureWorks, LLC 17400 Medina Road, Suite 800 Plymouth, MN 55447 USA | Jerry Goneau (p) 402-237-3886 (f) 952-931-1454 (e) jerry_goneau@natureworkllc.com | Trade Debt | | $0 | $0 | $83,756 |
| 17 | Omya, Inc 9987 Carver Rd #300 Blue Ash, OH 45242 USA | Rabun Lewis (p) 770-500-0373 (f) 802-776-8178 (e) contact_ar_us@omya.com | Trade Debt | | $0 | $0 | $77,939 |
| 18 | Blough Tech, Inc. 119 S Broad St Cairo, GA 39828 USA | Paul Blough (p) 229-377-8825 (f) 229-377-6784 (e) paulblough@bloughtech.com | Trade Debt | | $0 | $0 | $76,918 |
| 19 | Peak Technical Services, INC. 583 Epsilon Drive Pittsburgh, PA 15238 USA | Daniel Tucker (p) 888-891-0845 (f) 412-696-1043 (e) danieltucker@peaktechnical.com | Trade Debt | | $0 | $0 | $67,111 |
| 20 | Azelis Netherlands B.V. Rijnerf 17 3861 PV Nijkerk 3743 KM BA Stationsplein 62, BEL | Gerwin Elzinga (p) 31-355-485-896 (e) gerwin.elzinga@azelis.com | Trade Debt | | $0 | $0 | $63,200 |
| 21 | Vantage Specialties Inc. 563 Napor Blvd Pittsburgh, PA 15205 USA | Mark Valentino (p) 847-280-0669 (f) 773-579-5847 (e) mark.valentino@vantagegrp.com | Trade Debt | | $0 | $0 | $52,037 |
| 22 | Winchester Warehouse 1465 W. Lexington Ave Winchester, KY 40391 USA | Steve Miller (p) 859-744-3191 (e) opman@kywarehouse.com | Trade Debt | | $0 | $0 | $49,923 |
| 23 | American Express 200 Vesey Street New York, NY 10285 USA | Laureen E. Seeger (p) 212-640-5574 (e) laureen.e.seeger@aexp.com | Credit Card | | $0 | $0 | $45,893 |
| 24 | Delinea Inc. 221 Main St. Ste 1300 San Francisco, CA 94105 USA | Dianne Tayag (p) 669-444-5200 (e) dianne.tayag@c.delinea.com | Trade Debt | | $0 | $0 | $45,833 |
| 25 | Enerfab Process Solutions & Fabricated Products 4430 Chickering Avenue Cincinnati, OH 45232 USA | Aaron Landolt (p) 513-641-0500 (f) 513-482-7699 (e) aaron.landolt@enerfab.com | Trade Debt | | $0 | $0 | $41,710 |
| 26 | Funke Filters, Inc. 464 Old State Rte 74 Cincinnati, OH 45244 USA | Miranda Cox (p) 800-543-7070 (f) 513-528-5575 (e) mcox@funkefilters.com | Trade Debt | | $0 | $0 | $41,214 |
| 27 | KPMG LLP 2323 Ross Ave Suite 1400 Dallas , TX 75201 USA | Delane Myers (p) 770-920-7707 (e) fmyers@kpmg.com | Professional Services | | $0 | $0 | $41,200 |
| 28 | FloQast, Inc 14721 Califa St. Sherman Oaks, CA 91411 USA | Sydney Morris (p) 818-698-8262 (e) sydney.morris@floqast.com | Trade Debt | | $0 | $0 | $39,840 |
| 29 | Normec OWS Inc. 4738 Gateway Circle Ste. K208 Dayton, OH 45440 USA | Christopher Ecker (p) 614-769-5903 (e) christopher.ecker@normecgroup.com | Trade Debt | | $0 | $0 | $38,407 |
| 30 | International Paper Company 1645 International Park Dr SE Atlanta, GA 30316 USA | Thomas Hamic (p) 513-248-6330 (f) 513-248-6782 (e) tom.hamic@ipaper.com | Trade Debt | | $0 | $0 | $37,926 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DANIMER SCIENTIFIC, INC., | ) | Case No. 25 – [_____] (__) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT (RULES 1007(A)(1) AND 7007.1)

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than the debtor or a governmental unit, that directly own 10% or more of any class of the corporation's equity interests:

| Corporate Equity Holder(s) | Address of Corporate Equity Holder(s) | Type/Class of Interest | Percentage of Equity Held |
|---|---|---|---|
| Cede & Co. | 55 WATER ST STE CONC3, NEW YORK, NY 10041 | Common | 91.4% |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DANIMER SCIENTIFIC, INC., | ) | Case No. 25 – [_____] (__) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS (RULE 1007(a)(3))

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following list identifies all known holders having a direct or indirect ownership interest of the above captioned debtor in possession, which removes certain personal identification information as requested by the Debtors in the Debtors' *Motion of Debtors for Entry of an Order (I) Authorizing Debtors to Redact Certain Personal Identification Information, (II) Waiving the Requirement to File a List of Equity Security Holders of Danimer Scientific, Inc., (III) Approving the Form and Manner of Notice of Commencement, and (IV) Granting Related Relief* filed contemporaneously herewith. All equity positions indicate the record holder of such equity as of the date of commencement of this chapter 11 case.

**Registered Holders List**

| Holder Name | Address | Class of Interest | Number of Shares |
|---|---|---|---|
| ALAN JENKINS | ADDRESS ON FILE | Common Stock | 2 |
| ALEJANDRO FEELY | ADDRESS ON FILE | Common Stock | 52 |
| ALLEN EUGENE GRAHAM | ADDRESS ON FILE | Common Stock | 11 |
| AMANDA IVEY ANDREWS | ADDRESS ON FILE | Common Stock | 11 |
| AMELIA QINGJU WALKER | ADDRESS ON FILE | Common Stock | 133 |
| ANDREW J. ECONOMOS IRREVOCABLE TRUST | ADDRESS ON FILE | Common Stock | 136 |
| ANGELA D HORNSBY | ADDRESS ON FILE | Common Stock | 3 |
| ANIR PATEL | ADDRESS ON FILE | Common Stock | 5 |
| ANIR PATEL | ADDRESS ON FILE | Common Stock | 91 |
| ANNA RUTH ADAMS | ADDRESS ON FILE | Common Stock | 2 |
| ANTHONY GIAQUINTO | ADDRESS ON FILE | Common Stock | 54 |
| ANTHONY HOFFMAN PER REP ESTATE OF ALBERT MOSES JR | ADDRESS ON FILE | Common Stock | 1 |
| ANTHONY JONES | ADDRESS ON FILE | Common Stock | 208 |
| ARTICLE IV-FAM TR-UW RAYMOND A MILES, WY NEMA MILES, TRUSTEE | ADDRESS ON FILE | Common Stock | 1 |
| B.O.C. INVESTMENTS, LLC | 10152 ENCHANTED OAK DR GOLDEN OAK, FL 32836-4004 | Common Stock | 27 |
| BAINBRIDGE MEDICAL ASC PC RE PL AS CUSTO DIAN FBO MALLORY MCRAE QPR A/C # 3WC0205 | ATTN: REORG DEPT, 1 PERSHING PLAZA 7TH FLR JERSEY CITY, NJ 07399 | Common Stock | 5 |
| BALANCE ACCOUNT FOR UNEXCHANGE SHARES UNEX3 & UNX1 & UNEX | 1 STATE ST NEW YORK, NY 10004-1561 | Common Stock | 8,869 |
| BARBARA ANN BARBER | ADDRESS ON FILE | Common Stock | 1 |
| BENJAMIN GARRISION BROCK | ADDRESS ON FILE | Common Stock | 6 |
| BILL BRIDGES | ADDRESS ON FILE | Common Stock | 6 |
| BOBBY ERIC ENFINGER | ADDRESS ON FILE | Common Stock | 2 |
| BRADLEY A. WALLACE | ADDRESS ON FILE | Common Stock | 91 |
| BRADLEY B. JOHNSON | ADDRESS ON FILE | Common Stock | 11 |
| BRECKENRIDGE - MIZZELL INVESTMENTS, LLC | 2976 BARTOW GIBSON HWY DONALSONVILLE, GA 39845-6111 | Common Stock | 3 |
| BRIAN SUTH | ADDRESS ON FILE | Common Stock | 7 |
| C AND B FINANCIAL INVESTORS, LLC | PO BOX 1950 BAINBRIDGE, GA 39818-1950 | Common Stock | 31 |
| CATHRYN W HAGAN SIMPLE IRA CETERA INV CUST | ADDRESS ON FILE | Common Stock | 1 |
| CEDE & CO | 570 WASHINGTON BLVD JERSEY CITY, NJ 07310-1617 | Common Stock | 2,917,993 |
| CELIA P. HALL | ADDRESS ON FILE | Common Stock | 2 |
| CHARLES AND ROBIN RENAUD | ADDRESS ON FILE | Common Stock | 13 |
| CHARLES BONNER ASKEW | ADDRESS ON FILE | Common Stock | 14 |
| CHARLES W. GRIFFIN | ADDRESS ON FILE | Common Stock | 8 |
| CHIHO NODA | ADDRESS ON FILE | Common Stock | 250 |
| CHRISTINE J. DAY | ADDRESS ON FILE | Common Stock | 99 |
| CHRISTOPHER A. ESTES | ADDRESS ON FILE | Common Stock | 1 |
| CHRISTOPHER H. KELLEY | ADDRESS ON FILE | Common Stock | 3 |
| CLAM INVESTMENTS. LLC | 3116 JOHN D ODOM RD DOTHAN, AL 36303-0936 | Common Stock | 10 |
| COGNETTA FAMILY TRUST UTA | ADDRESS ON FILE | Common Stock | 58 |
| CONIFER PARTNERS III, LLC | 314 GORDON AVE THOMASVILLE, GA 31792-6642 | Common Stock | 33 |
| COOPER C THURBER | ADDRESS ON FILE | Common Stock | 1 |
| CRISS & ASSOCIATES, INC. | 2358 RIVERSIDE AVE APT 203 JACKSONVILLE, FL 32204-4697 | Common Stock | 6 |
| CROSS FINANCIAL CORP. | PO BOX 1388 BANGOR, ME 04402-1388 | Common Stock | 2,043 |
| D. RONNIE MILLS AND JEREMY MICHAEL MILLS, , AS CO-TRUSTEES OF THE RONNIE MILLS DGT FAMILY TRUSTS U/T/A DATED SEPTEMBER 21, 2020 | ADDRESS ON FILE | Common Stock | 71 |
| DAMON R PARKER | ADDRESS ON FILE | Common Stock | 1 |
| DAMON R PARKER | ADDRESS ON FILE | Common Stock | 16 |
| DARRELL BEASLEY | ADDRESS ON FILE | Common Stock | 7 |
| DATCAT 7 RISK MANAGEMENT, INC. | C/O DEWITT C THOMPSON, 1245 BRIDGESTONE PKWY LAVERGNE, TN 37086 | Common Stock | 15 |
| DAVID AND KATHRYN LIEBETREU | ADDRESS ON FILE | Common Stock | 19 |
| DAVID D GAYLE | ADDRESS ON FILE | Common Stock | 14 |
| DAVID GLENN HEARD | ADDRESS ON FILE | Common Stock | 41 |
| DAVID J. DENNIS | ADDRESS ON FILE | Common Stock | 38 |
| DAVID L. NUNES | ADDRESS ON FILE | Common Stock | 19 |
| DAVID MICHAEL PRESNELL | ADDRESS ON FILE | Common Stock | 1 |
| DAVID MICHAEL PRESNELL | ADDRESS ON FILE | Common Stock | 23 |

**Registered Holders List**

| Holder Name | Address | Class of Interest | Number of Shares |
|---|---|---|---|
| DAVID N. BEAUCHAMP | ADDRESS ON FILE | Common Stock | 354 |
| DENIS MININ | ADDRESS ON FILE | Common Stock | 1,471 |
| DENTAL ASSOCIATES OF SOUTHWEST GEORGIA, LLC 401(K) PROFIT SHARING PLAN FBO THOMA | ADDRESS ON FILE | Common Stock | 20 |
| DENVER D. TRAWICK III | ADDRESS ON FILE | Common Stock | 3 |
| DEVAUGHN THOMPSON | ADDRESS ON FILE | Common Stock | 110 |
| DEWITT C. THOMPSON, V | ADDRESS ON FILE | Common Stock | 136 |
| DMITRY BARSUKOV | ADDRESS ON FILE | Common Stock | 4,424 |
| DON E WHITMIRE | ADDRESS ON FILE | Common Stock | 6 |
| DON R GRIFFIN OR SARAH GRIFFIN | ADDRESS ON FILE | Common Stock | 110 |
| DONALD KELLEY LANE, TRUSTEE OF LANDCROP INSURANCE 401K PLAN FBO DONALD KELLEY LANE #9971756 | ADDRESS ON FILE | Common Stock | 7 |
| DOUG YOUNG | ADDRESS ON FILE | Common Stock | 3 |
| DOUGLAS B. LOWEY, IRA | ADDRESS ON FILE | Common Stock | 36 |
| DOUGLAS B. RHOADES | ADDRESS ON FILE | Common Stock | 3 |
| DR. ISAO NODA | ADDRESS ON FILE | Common Stock | 1 |
| DR. JACK H. LEVERETT | ADDRESS ON FILE | Common Stock | 3 |
| E. JONATHAN PERRY IV | ADDRESS ON FILE | Common Stock | 2 |
| EDDIE TERRIL SCOTT | ADDRESS ON FILE | Common Stock | 78,096 |
| EDWARD J STINCER OR LEISA A STINCER | ADDRESS ON FILE | Common Stock | 5 |
| EDWARD WHITE | ADDRESS ON FILE | Common Stock | 196 |
| ENA NODA | ADDRESS ON FILE | Common Stock | 250 |
| EQUITY TRUST COMPANY CUSTODIAN FBO BRIAN SUTH IRA | ADDRESS ON FILE | Common Stock | 81 |
| EQUITY TRUST COMPANY CUSTODIAN FBO MICHAEL ASHTON HUDSON ROTH IRA | ADDRESS ON FILE | Common Stock | 7 |
| EVAN BAKST | ADDRESS ON FILE | Common Stock | 7 |
| FARGO INVESTMENTS, LP | 11100 SANTA MONICA BLVD STE 1900 LOS ANGELES, CA 90025-0525 | Common Stock | 157 |
| FERNYHOUGH INVESTMENTS LTD. | 144 W ALEXANDER PALM RD BOCA RATON, FL 33432-7907 | Common Stock | 52 |
| FRANK D MAY ("DUSTY") | ADDRESS ON FILE | Common Stock | 109 |
| FRANK W. SIMMONS | ADDRESS ON FILE | Common Stock | 85 |
| GARY J. RUTH | ADDRESS ON FILE | Common Stock | 13 |
| GARY LEMKE | ADDRESS ON FILE | Common Stock | 7 |
| GARY METZGER | ADDRESS ON FILE | Common Stock | 817 |
| GARY PHILLIPS | ADDRESS ON FILE | Common Stock | 6 |
| GARY R. CHARTRAND REVOCABLE TRUST | ADDRESS ON FILE | Common Stock | 15 |
| GEORGE COX TR THE DECEDENT'S TRUST OF GEORGE & THEDA FAMILY TRUST U/A DTD 01/29/1980 | ADDRESS ON FILE | Common Stock | 2,044 |
| GEORGE E. DANIEL, JR. AND ANNA Y. DANIEL OR CAROLYN C. DANIEL | ADDRESS ON FILE | Common Stock | 13 |
| GEORGE W. SIMMONS | ADDRESS ON FILE | Common Stock | 52 |
| GERALD W. PERRITT | ADDRESS ON FILE | Common Stock | 5 |
| GREEN PLASTIC HOLDINGS, LLC | 241 ATLANTIC BLVD STE 201 NEPTUNE BEACH, FL 32266 | Common Stock | 204 |
| GREG BESS | ADDRESS ON FILE | Common Stock | 13 |
| GREGG MCKENZIE CORP PENSION & PROFIT SHARING PLAN A/C #3WC-027114 | 1 PERSHING PLAZA 7TH FLR JERSEY CITY, NJ 07399 | Common Stock | 59 |
| H.L. YARBROUGH (BUTCH) | ADDRESS ON FILE | Common Stock | 54 |
| HAROLD A. HUDSON | ADDRESS ON FILE | Common Stock | 3 |
| HAROLD L PHILLIPS | ADDRESS ON FILE | Common Stock | 1 |
| HENRY C. AND DIANE H. SATTERFIELD TENANTS BY ENTIRETY | ADDRESS ON FILE | Common Stock | 96 |
| HENRY GRANT GAINER, SR | ADDRESS ON FILE | Common Stock | 2 |
| HENRY SATTERFIELD, III | ADDRESS ON FILE | Common Stock | 21 |
| HOFFMAN ENTERPRISES, LLC | ADDRESS ON FILE | Common Stock | 6 |
| HOMER E. BRECKENRIDGE, III | ADDRESS ON FILE | Common Stock | 211 |
| HOMER E. BRECKENRIDGE, III, MD PC 401(K) PROFIT SHARING PLAN | ADDRESS ON FILE | Common Stock | 10 |
| IRA FBO FRANCES CHRISTAKOS CETERA INVSTMNT SVC AS CUST | ADDRESS ON FILE | Common Stock | 8 |
| ISAO AND BARBARA NODA | ADDRESS ON FILE | Common Stock | 7 |
| ISAO NODA | ADDRESS ON FILE | Common Stock | 104 |
| JACK H. LEVERETT, JR. | ADDRESS ON FILE | Common Stock | 168 |
| JACK NICKLAUS REVOCABLE TRUST | ADDRESS ON FILE | Common Stock | 7 |
| JACK WILLIAM NICKLAUS II | ADDRESS ON FILE | Common Stock | 873 |
| JAMES A. SPOONER | ADDRESS ON FILE | Common Stock | 3 |
| JAMES E STEPHENSON | ADDRESS ON FILE | Common Stock | 31 |
| JAMES H. DAHL | ADDRESS ON FILE | Common Stock | 28 |

**Registered Holders List**

| Holder Name | Address | Class of Interest | Number of Shares |
|---|---|---|---|
| JAMES S SCHMITT D/B/A WESTCOUNTRY FINANC | ADDRESS ON FILE | Common Stock | 19 |
| JAMES VANN HORNSBY | ADDRESS ON FILE | Common Stock | 1 |
| JAMES W DOZIER | ADDRESS ON FILE | Common Stock | 181 |
| JASON M LEE | ADDRESS ON FILE | Common Stock | 14 |
| JASON MICHAEL CRAIN | ADDRESS ON FILE | Common Stock | 4 |
| JEFF C MILLER TRUSTEE, ZOSO CONSULTING INC 401(K) PROFIT SHARING PLAN | ADDRESS ON FILE | Common Stock | 6 |
| JEFFREY B TAPLEY | ADDRESS ON FILE | Common Stock | 3 |
| JEFFREY B TAPLEY | ADDRESS ON FILE | Common Stock | 53 |
| JENNIFER C. PERRITT | ADDRESS ON FILE | Common Stock | 5 |
| JERALD A HAMMANN | ADDRESS ON FILE | Common Stock | 1 |
| JOHN & BRENDA DOWDY TRUSTS II U/T/A 09/30/20 | ADDRESS ON FILE | Common Stock | 39 |
| JOHN A. ECONOMOS IRREVOCABLE TRUST | ADDRESS ON FILE | Common Stock | 300 |
| JOHN AND GAIL HARRISON FAMILY TRUST DTD 10/28/16 | ADDRESS ON FILE | Common Stock | 5 |
| JOHN BRIDGES SR. ESTATE | ADDRESS ON FILE | Common Stock | 5 |
| JOHN F. HUFF | ADDRESS ON FILE | Common Stock | 1 |
| JOHN L. CLARK III AND SUSAN S CLARK | ADDRESS ON FILE | Common Stock | 1 |
| JOHN M. BRIDGES, JR. | ADDRESS ON FILE | Common Stock | 6 |
| JOHN N YANCEY | ADDRESS ON FILE | Common Stock | 2 |
| JOHN N YANCEY | ADDRESS ON FILE | Common Stock | 34 |
| JOHN N. YANCEY | ADDRESS ON FILE | Common Stock | 203 |
| JOHN P. MOORE JR. | ADDRESS ON FILE | Common Stock | 54 |
| JOHN R WELLS | ADDRESS ON FILE | Common Stock | 5 |
| JOHN R WELLS | ADDRESS ON FILE | Common Stock | 91 |
| JOHN R. BEERS OR JOAN E. BEERS | ADDRESS ON FILE | Common Stock | 8 |
| JOHN RICHARD SUTH | ADDRESS ON FILE | Common Stock | 16 |
| JON MICHAEL MORGAN | ADDRESS ON FILE | Common Stock | 3 |
| JORDAN C. GRIFFIN | ADDRESS ON FILE | Common Stock | 10 |
| JOSEPH B. THOMASON | ADDRESS ON FILE | Common Stock | 5 |
| JOSEPH E BRIDGES | ADDRESS ON FILE | Common Stock | 7 |
| JOSEPH L. HUTCHENS AND LINDA P. PRICE | ADDRESS ON FILE | Common Stock | 2 |
| JOSEPH M WILSON | ADDRESS ON FILE | Common Stock | 6 |
| JOSEPH M WILSON | ADDRESS ON FILE | Common Stock | 96 |
| JOSEPH SCHIENOFF | ADDRESS ON FILE | Common Stock | 34 |
| JOSEPH W. & VICKIE M CONWAY FAMILY TRUST | ADDRESS ON FILE | Common Stock | 6 |
| JOSEPH W. GRIMSLEY | ADDRESS ON FILE | Common Stock | 63 |
| JOSEPH WAYNE HUDSON | ADDRESS ON FILE | Common Stock | 3 |
| JOSHUA RYAN ASKEW | ADDRESS ON FILE | Common Stock | 212 |
| JUBILEE GROUP | ADDRESS ON FILE | Common Stock | 14 |
| JUN NODA | ADDRESS ON FILE | Common Stock | 250 |
| K SCOTT WHITEHEAD OR EDNA HALL | ADDRESS ON FILE | Common Stock | 7 |
| KAREN CARTER ARTHUR | ADDRESS ON FILE | Common Stock | 10 |
| KARL G. ESTES IRREVOCABLE TRUST | ADDRESS ON FILE | Common Stock | 16 |
| KATHY CORBETT | ADDRESS ON FILE | Common Stock | 7 |
| KEITH BUCKHAULTER | ADDRESS ON FILE | Common Stock | 3 |
| KELVIN VICKERS | ADDRESS ON FILE | Common Stock | 1 |
| KELVIN VICKERS | ADDRESS ON FILE | Common Stock | 23 |
| KENJI NODA AND NAOMI NODA JT/WROS | ADDRESS ON FILE | Common Stock | 250 |
| KEVIN S. THOMAS | ADDRESS ON FILE | Common Stock | 5 |
| KIDD & COMPANY, INC | 2074 CENTRE POINTE BLVD STE 200 TALLAHASSEE, FL 32308-7831 | Common Stock | 98 |
| KIM A HOPKINS | ADDRESS ON FILE | Common Stock | 8 |
| KIM SETTLES TR KIM SETTLES LIVING TRUST U/A DTD 2/21/23 | ADDRESS ON FILE | Common Stock | 55 |
| KIRIL SOKOLOFF | ADDRESS ON FILE | Common Stock | 65 |
| KMO HOLDINGS, LLC | 4230 PABLO PROFESSIONAL COURT STE 250 JACKSONVILLE, FL 32224 | Common Stock | 6 |
| KYLE D. RIVA REVOCABLE TRUST | ADDRESS ON FILE | Common Stock | 54 |
| LARRY BATCHELOR MECHANICAL, LLC | ADDRESS ON FILE | Common Stock | 44 |
| LAURA LYNN POWELL AND STANLEY RALPH POWELL, TRUSTEES OF THE RALPH POWELL, JR. DGT TRUST DATED JUNE 11, 2016 | ADDRESS ON FILE | Common Stock | 194 |
| LAWTON T. LORD | ADDRESS ON FILE | Common Stock | 4 |
| LEWIS HEAFITZ | ADDRESS ON FILE | Common Stock | 136 |
| LINDA D. HARTMAN | ADDRESS ON FILE | Common Stock | 11 |
| LYNDA I TODARO | ADDRESS ON FILE | Common Stock | 54 |
| LYNN E BLASSER REVOCABLE TRUST UAD 3/14/95 | ADDRESS ON FILE | Common Stock | 6 |
| MARTHA RAMPEY THOMAS | ADDRESS ON FILE | Common Stock | 5 |
| MARY T KING | ADDRESS ON FILE | Common Stock | 2 |
| MATTHEW HOEHNE | ADDRESS ON FILE | Common Stock | 23 |

**Registered Holders List**

| Holder Name | Address | Class of Interest | Number of Shares |
|---|---|---|---|
| MAX BERTZ | ADDRESS ON FILE | Common Stock | 45 |
| MCLEOD SELLERS, LLC | 2048 TRIMLESTON RD<br>STATHAM, GA 30666-2550 | Common Stock | 14 |
| MELANIE KEMP | ADDRESS ON FILE | Common Stock | 203 |
| MELISSA ROBERTS | ADDRESS ON FILE | Common Stock | 3 |
| MERRIL LYNCH CUSTODAIN FBO CAROL JEAN HIGHT IRA | ADDRESS ON FILE | Common Stock | 7 |
| MERRILL LYNCH CUSTODIAN FBO EDGAR DENNIS HIGHT | ADDRESS ON FILE | Common Stock | 7 |
| MICHAEL ASHTON HUDSON LIVING TRUST | ADDRESS ON FILE | Common Stock | 7 |
| MICHAEL E. EDENFIELD | ADDRESS ON FILE | Common Stock | 16 |
| MICHAEL J. ECONOMOS IRREVOCABLE TRUST | ADDRESS ON FILE | Common Stock | 54 |
| MICHAEL JOHN PERNICIARO JR | ADDRESS ON FILE | Common Stock | 4 |
| MICHAEL JOHN PERNICIARO JR | ADDRESS ON FILE | Common Stock | 68 |
| MICHAEL TADASHI NODA AND JILLIAN GOLDIE WALDMAN JT/WROS | ADDRESS ON FILE | Common Stock | 250 |
| MICHAEL TODD DEAN OR MALINDA BELL DEAN | ADDRESS ON FILE | Common Stock | 110 |
| MICKI L KOHN | ADDRESS ON FILE | Common Stock | 1 |
| MICKI L KOHN | ADDRESS ON FILE | Common Stock | 21 |
| MILDRED D. JOHN AND PAUL R. JOHN | ADDRESS ON FILE | Common Stock | 4,088 |
| MILLS AND WIDENER, LLC | PO BOX 418<br>CAIRO, GA 39828-0418 | Common Stock | 22 |
| MINOR ACCOUNT FOR ALEXANDRA IRENE NODA-WALDMAN C/O MICHAEL TADASHI NODA | ADDRESS ON FILE | Common Stock | 250 |
| MITIGATION DEVELOPMENT SERVICES PENSION TRUST U/A DATED 12/26/2006 | 8149 GREEN GLADE RD<br>JACKSONVILLE, FL 32256-7303 | Common Stock | 6 |
| MONTEREY PRIVATE CAPITAL, INC. DEFINED BENEFIT PLAN FBO BRUCE N. ORR #1873720 | 4230 PABLO PROFESSIONAL COURT STE 250<br>JACKSONVILLE, FL 32224 | Common Stock | 98 |
| MURDOCH INNOVATIONS, LLC | 20 S ROYAL ST<br>MOBILE, AL 36602-3202 | Common Stock | 3,589 |
| NANCY C. CLARK | ADDRESS ON FILE | Common Stock | 16 |
| NEWTON E KING JR. | ADDRESS ON FILE | Common Stock | 11 |
| NICHOLAS J. ECONOMOS IRREVOCABLE TRUST | ADDRESS ON FILE | Common Stock | 54 |
| NICKLAUS DANIMER, LLC | 1295 US HIGHWAY 1 FL 3<br>NORTH PALM BEACH, FL 33408-3762 | Common Stock | 1,946 |
| NINA PRICCI IPPOLITO | ADDRESS ON FILE | Common Stock | 250 |
| NUVIEW IRA, INC. FBO CHARLES RAY FRYE 9912127 IRA | ADDRESS ON FILE | Common Stock | 7 |
| NUVIEW IRA, INC. FBO DOUGLAS A. YOUNG 9912034 IRA | ADDRESS ON FILE | Common Stock | 4 |
| NUVIEW IRA, INC. FBO DOUGLAS ALLEN ROLLINS IRA | ADDRESS ON FILE | Common Stock | 7 |
| NUVIEW IRA, INC. FBO JAMES VANN HORNSBY 9931896 IRA | ADDRESS ON FILE | Common Stock | 6 |
| NUVIEW IRA, INC. FBO KEVIN MACMAHON 9911910 | ADDRESS ON FILE | Common Stock | 7 |
| NUVIEW IRA, INC. FBO LARRY L. HORNSBY 9926121 IRA | ADDRESS ON FILE | Common Stock | 15 |
| NUVIEW IRA, INC. FBO S. ERWIN HARRELL 9942054 IRA | ADDRESS ON FILE | Common Stock | 7 |
| NUVIEW IRA, INC. FBO STEPHEN LOVIC JONES | ADDRESS ON FILE | Common Stock | 15 |
| NUVIEW IRA, INC., FBO ARTHUR C. BEAL, JR. IRA | ADDRESS ON FILE | Common Stock | 24 |
| NUVIEW IRA, INC., FBO STEPHEN L. JONES | ADDRESS ON FILE | Common Stock | 36 |
| NUVIEW TRUST CO FBO LYNNE HOFFMAN IRA | ADDRESS ON FILE | Common Stock | 1 |
| NUVIEW TRUST CO. CUSTODIAN FBO TRACIE W. DIX IRA #1914373 | ADDRESS ON FILE | Common Stock | 78 |
| PATRICIA M PARROTT | ADDRESS ON FILE | Common Stock | 22 |
| PAUL M PETERS | ADDRESS ON FILE | Common Stock | 1 |
| PAUL M PETERS | ADDRESS ON FILE | Common Stock | 26 |
| PEBBLE BLEACH LLC | ADDRESS ON FILE | Common Stock | 52 |
| PERSHING LLC COUSTODIAN FBO GERALD W PERRITT IRA A/C # 3WC025514 | ADDRESS ON FILE | Common Stock | 7 |
| PERSHING LLC CUSTODAIN FBO MARTY D FORSTER IRA A/C # 3WC0198220 | ADDRESS ON FILE | Common Stock | 3 |
| PERSHING LLC CUSTODAIN FBO WAYNE E MIDDLETON IRA A/C # 3WC018774 | ADDRESS ON FILE | Common Stock | 11 |
| PERSHING LLC CUSTODIAN FBO ANGELA DENISE FORSTER IRA A/C # 3WC019780 | ADDRESS ON FILE | Common Stock | 3 |
| PERSHING LLC CUSTODIAN FBO CATHRYN W. HAGAN IRA A/C # 3WC025530 | ADDRESS ON FILE | Common Stock | 5 |
| PERSHING LLC CUSTODIAN FBO CHARLES RAMPEY, IRA - A/C #3WC0259441 | ADDRESS ON FILE | Common Stock | 6 |
| PERSHING LLC CUSTODIAN FBO JEFFERY D WEATHERSBY A/C# 3WC0192281 | ADDRESS ON FILE | Common Stock | 7 |
| PERSHING LLC CUSTODIAN FBO JOHN T MOORE IRA - A/C# 3WC0198481 | ADDRESS ON FILE | Common Stock | 10 |
| PERSHING LLC CUSTODIAN FBO LAURA H CHAMBLEE SEP IRA | ADDRESS ON FILE | Common Stock | 7 |

**Registered Holders List**

| Holder Name | Address | Class of Interest | Number of Shares |
|---|---|---|---|
| PERSHING LLC CUSTODIAN FBO REBECCA S. MCKENZIE, IRA - A/C # 3WC027015 | ADDRESS ON FILE | Common Stock | 2 |
| PHELLA YOUNG | ADDRESS ON FILE | Common Stock | 3 |
| PHILIP GREGORY CALHOUN | ADDRESS ON FILE | Common Stock | 6,345 |
| PHILIP GREGORY CALHOUN AND PHILIP GREGORY CALHOUN, JR., AS CO-TRUSTEES OF THE GREG CALHOUN DGT FAMILY TRUSTS U/T/A DATED SEPTEMBER 22, 2020 - GST EXEMPT TRUST | ADDRESS ON FILE | Common Stock | 86,424 |
| PHILIP GREGORY CALHOUN AND PHILIP GREGORY CALHOUN, JR., AS CO-TRUSTEES OF THE GREG CALHOUN DGT FAMILY TRUSTS U/T/A DATED SEPTEMBER 22, 2020 NON-GST EXEMPT TRUST | ADDRESS ON FILE | Common Stock | 1,683 |
| PHILLIP G HAMILTON | ADDRESS ON FILE | Common Stock | 1 |
| PHILLIP M. DOZIER | ADDRESS ON FILE | Common Stock | 32 |
| PHILLIP VAN TRUMP | ADDRESS ON FILE | Common Stock | 613 |
| PINE RIDGE MANAGEMENT, LLC | 1404 OAK DR BAINBRIDGE, GA 39819-5222 | Common Stock | 23 |
| POLYMER HOLDINGS, LLC | 241 ATLANTIC BLVD STE 201 NEPTUNE BEACH, FL 32266-5282 | Common Stock | 86 |
| PRECISION MECHANICAL, INC. | 850 TECH DR ATTN JOHN HUFF WINCHESTER, KY 40391-6080 | Common Stock | 19 |
| RALPH POWELL JR. DESCENDANT TRUST | ADDRESS ON FILE | Common Stock | 73 |
| RALPH POWELL, JR. | ADDRESS ON FILE | Common Stock | 980 |
| RAYMOND JAMES & ASSOC INC CSDN FBO DANA B PHILLIPS IRA | ADDRESS ON FILE | Common Stock | 16 |
| RAYMOND JAMES & ASSOC INC CSDN FBO GARY JAMES PHILLIPS IRA | ADDRESS ON FILE | Common Stock | 16 |
| RICHARD & DIANE IVEY FAMILY TRUSTS, U/T/A 8/31/07 | ADDRESS ON FILE | Common Stock | 47 |
| RICHARD D. LAGUARDIA IV | ADDRESS ON FILE | Common Stock | 6 |
| RICHARD EATON | ADDRESS ON FILE | Common Stock | 817 |
| RICHARD F. IVEY JR. | ADDRESS ON FILE | Common Stock | 37 |
| RICHARD F. IVEY SIBLINGS TRUSTS, U/T/A 8/31/07 | ADDRESS ON FILE | Common Stock | 4 |
| RICHARD K HAROLD | ADDRESS ON FILE | Common Stock | 1 |
| RICHARD K HAROLD | ADDRESS ON FILE | Common Stock | 16 |
| ROBERT C CHAMBLEE OR LAURA CHAMBLEE | ADDRESS ON FILE | Common Stock | 15 |
| ROBERT D. HARTMAN | ADDRESS ON FILE | Common Stock | 11 |
| ROBERT HOPKINS, III | ADDRESS ON FILE | Common Stock | 1 |
| ROBERT L MERRITT | ADDRESS ON FILE | Common Stock | 27 |
| ROBERT L RICH III | ADDRESS ON FILE | Common Stock | 8 |
| ROBERT LOLLEY OR PAMELA LOLLEY | ADDRESS ON FILE | Common Stock | 5 |
| ROGER D DAY | ADDRESS ON FILE | Common Stock | 369 |
| ROGER L MILLS | ADDRESS ON FILE | Common Stock | 7 |
| RONALD WESLEY VANN | ADDRESS ON FILE | Common Stock | 6 |
| ROY R DUNCAN III | ADDRESS ON FILE | Common Stock | 184 |
| ROZIER, CHARLES | ADDRESS ON FILE | Common Stock | 28 |
| RUSSELL MULLINS | ADDRESS ON FILE | Common Stock | 53 |
| RUTH B. SANSOM OR G. ANNE SANSOM | ADDRESS ON FILE | Common Stock | 7 |
| RWL INVESTMENTS, LLC | 209 HAZELWOOD AVE DOTHAN, AL 36303-3853 | Common Stock | 14 |
| SANDRA P. GRIFFIN | ADDRESS ON FILE | Common Stock | 25 |
| SARAH P. MCGUFFEY | ADDRESS ON FILE | Common Stock | 1 |
| SCOTT C. TUTEN | ADDRESS ON FILE | Common Stock | 1,275 |
| SCOTT POWELL | ADDRESS ON FILE | Common Stock | 1 |
| SHEILA GATES 2008 GIFT TRUST | ADDRESS ON FILE | Common Stock | 1,226 |
| SHERRY S. MIDDLETON | ADDRESS ON FILE | Common Stock | 54 |
| SOL HAN | ADDRESS ON FILE | Common Stock | 1 |
| SOUTHEAST COMMUNITY DEVELOPMENT FUND X, L.L.C. | 909 POYDRAS ST STE 2230 NEW ORLEANS, LA 70112-4003 | Common Stock | 33 |
| SOUTHWEST GA OIL CO. | ATTN: GLENNIE BENCH 1711 E SHOTWELL ST BAINBRIDGE, GA 39819 | Common Stock | 4 |
| STANLEY W. DRIVER | ADDRESS ON FILE | Common Stock | 4 |
| STEPHAN C. ECONOMOS IRREVOCABLE TRUST | ADDRESS ON FILE | Common Stock | 16 |
| STUART W. PRATT | ADDRESS ON FILE | Common Stock | 35,411 |
| SUSANNAH P. CRAIG | ADDRESS ON FILE | Common Stock | 2 |
| SUTH 2012 FAMILY TRUST BROKERAGE | ADDRESS ON FILE | Common Stock | 6 |
| TAYLOR-GIRTMAN INVESTMENTS, LLC | 62 JIMMY BOATRIGHT RD HAZLEHURST, GA 31539-7514 | Common Stock | 7 |
| THE 2002 JACOBSON FAMILY TRUST DATED JUNE 3, 2002 | ADDRESS ON FILE | Common Stock | 65 |
| THE HUNTER M. GHOLSON IRREVOCABLE TRUST | ADDRESS ON FILE | Common Stock | 136 |
| THE KARL G. ESTES MARITAL TRUST | ADDRESS ON FILE | Common Stock | 11 |

**Registered Holders List**

| Holder Name | Address | Class of Interest | Number of Shares |
|---|---|---|---|
| THE KARL G. ESTES RESIDUARY TRUST | ADDRESS ON FILE | Common Stock | 99 |
| THE SUTH 2012 FAMILY TRUST DTD 02/04/2012 MRS. KIMBERLY S. SUTH, TRUSTEE | ADDRESS ON FILE | Common Stock | 1 |
| THOMAS K. LEGGETT, JR. OR CAROL G. LEGGETT | ADDRESS ON FILE | Common Stock | 2 |
| THREE SIGMA HOLDINGS, LLC | 241 ATLANTIC BLVD STE 201 NEPTUNE BEACH, FL 32266-5282 | Common Stock | 24 |
| TOLAINV, LLC | 2790 S THOMPSON ST STE 102 SPRINGDALE, AR 72764-6307 | Common Stock | 3,065 |
| TRAVIS SHERMAN | ADDRESS ON FILE | Common Stock | 12 |
| TROY PLASTICS LLC | 1441 BRICKELL AVE STE 1510 MIAMI, FL 33131-3439 | Common Stock | 304 |
| TRUSTLAND PARTNERS, LLC | PO BOX 449 PONTE VEDRA BEACH, FL 32004-0449 | Common Stock | 29 |
| UNION PIER LLC | 437 W WEBSTER AVE CHICAGO, IL 60614-3854 | Common Stock | 52 |
| W. RALPH BYRD | ADDRESS ON FILE | Common Stock | 7 |
| WADE POWELL OR CLAIRE G POWELL | ADDRESS ON FILE | Common Stock | 11 |
| WENTWORTH 84 | ATTN: STUART PRATT 303 CONGRESS ST BOSTON, MA 02210 | Common Stock | 301 |
| WESLEY A. HARRIS | ADDRESS ON FILE | Common Stock | 11 |
| WILLIAM BENJAMIN BODIE | ADDRESS ON FILE | Common Stock | 2 |
| WILLIAM C THOMPSON | ADDRESS ON FILE | Common Stock | 14 |
| WILLIAM H ALLEN OR SHERI B ALLEN | ADDRESS ON FILE | Common Stock | 14 |
| WILLIAM J GAMBLE JR | ADDRESS ON FILE | Common Stock | 1 |
| WILLIAM J GAMBLE JR | ADDRESS ON FILE | Common Stock | 24 |
| WILLIAM S. FOLEY | ADDRESS ON FILE | Common Stock | 39 |
| WILLIAM W. GHOLSON | ADDRESS ON FILE | Common Stock | 49 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Danimer Scientific, Inc.___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration ___Corporate Ownership Statement; List of Equity Security Holders___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/18/2025___          ✗ /s/ Stephen Martin
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                        Stephen Martin
                                        Printed name

                                        Chief Legal Officer and Corporate Secretary
                                        Position or relationship to debtor