**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DANIMER SCIENTIFIC, INC., | ) | Case No. 25 – 10518 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: Docket No. 3** |
| Tax I.D. No. 84-1924518 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DANIMER BIOPLASTICS, INC., | ) | Case No. 25 – 10527 (MFW) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 3** |
| | ) | |
| Tax I.D. No. 46-3688734 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DANIMER SCIENTIFIC HOLDINGS, LLC, | ) | Case No. 25 – 10520 (MFW) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 3** |
| | ) | |
| Tax I.D. No. 83-2988521 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DANIMER SCIENTIFIC KENTUCKY, INC., | ) | Case No. 25 – 10524 (MFW) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 3** |
| | ) | |
| Tax I.D. No. 83-1666371 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DANIMER SCIENTIFIC MANUFACTURING, INC., | ) | Case No. 25 – 10521 (MFW) |
| | ) | |
| | ) | **Re: Docket No. 3** |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 83-2940322 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DANIMER SCIENTIFIC, L.L.C., | ) | Case No. 25 – 10523 (MFW) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 3** |
| | ) | |
| Tax I.D. No. 20-0897346 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MEREDIAN BIOPLASTICS, INC., | ) | Case No. 25 – 10526 (MFW) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 3** |
| | ) | |
| Tax I.D. No. 45-5325822 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MEREDIAN HOLDINGS GROUP, INC., | ) | Case No. 25 – 10519 (MFW) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 3** |
| | ) | |
| Tax I.D. No. 47-1087239 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MEREDIAN, INC., | ) | Case No. 25 – 10522 (MFW) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 3** |
| | ) | |
| Tax I.D. No. 26-1127507 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NOVOMER, INC., | ) | Case No. 25 – 10525 (MFW) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 3** |
| | ) | |
| Tax I.D. No. 26-1144173 | ) | |

RLF1 32596494v.1

**ORDER DIRECTING JOINT**
**ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon the motion (the "***Motion***")[1] filed by the above-referenced debtors and debtors in possession (collectively, the "***Debtors***") for entry of an order (this "***Order***") directing the joint administration of these Chapter 11 Cases for procedural purposes only, all as more fully set forth in the Motion and in the First Day Declaration; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the First Day Declaration; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors and their respective estates, creditors, and other parties in interest; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary under the circumstances; and the Court having found that good and sufficient cause exists for granting the relief requested in the Motion after considering the Motion and all of the proceedings before the Court in connection with the Motion, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

2.      The Court shall maintain one file and one docket for all of the jointly administered cases under the lead case of *Danimer Scientific, Inc.*, Case No. 25 – 10518 (MFW), and administer these Chapter 11 Cases under a consolidated caption, as follows:

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DANIMER SCIENTIFIC, INC., *et al.*, | ) | Case No. 25 – 10518 (MFW) |
| | ) | |
| Debtors.[2] | ) | (Jointly Administered) |
| | ) | |

3.      The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

4.      A notation substantially similar to the following shall be entered on each of the Debtors' respective dockets (other than Debtor Danimer Scientific, Inc.) to reflect the joint administration of these Chapter 11 Cases:

An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, directing joint administration for procedural purposes only of the Chapter 11 Cases of: Danimer Scientific, Inc., Case No. 25 – 10518 (84-1924518); Danimer Bioplastics, Inc., Case No. 25 – 10527 (46-3688734); Danimer Scientific Holdings, LLC, Case No. 25 – 10520 (83-2988521); Danimer Scientific Kentucky, Inc., Case No. 25 – 10524 (83-1666371); Danimer Scientific Manufacturing, Inc., Case No. 25 – 10521 (83-2940322); Danimer Scientific, L.L.C., Case No. 25 – 10523 (20-0897346); Meredian Bioplastics, Inc., Case No. 25 – 10526 (45-5325822); Meredian Holdings Group, Inc., Case No. 25 – 10519 (47-1087239); Meredian, Inc., Case No. 25 – 10522 (26-1127507); and Novomer, Inc., Case No. 25 – 10522 (26-1144173). The docket in Case No. 25 – 10518 (MFW) should be consulted for all matters affecting these cases. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25 – 10518 (MFW).

---

[2]     The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: Danimer Scientific, Inc. (4518); Danimer Bioplastics, Inc. (8734); Danimer Scientific Holdings, LLC (8521); Danimer Scientific Kentucky, Inc. (6371); Danimer Scientific Manufacturing, Inc. (0322); Danimer Scientific, L.L.C. (7346); Meredian Bioplastics, Inc. (5822); Meredian Holdings Group, Inc. (7239); Meredian, Inc. (7507); and Novomer, Inc. (4173). The location of the Debtors' corporate headquarters is: 140 Industrial Boulevard, Bainbridge, Georgia, 39817.

4

5.      The above-captioned cases shall be consolidated for procedural purposes only and nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases; *provided*, *however*, this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

6.      Nothing contained in the Motion or this Order shall be deemed or construed as granting any Debtor standing to be heard on any issue affecting another jointly administered Debtor beyond what is granted under applicable law.

7.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and such notice satisfies the requirements of the Bankruptcy Rules and Local Rules.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.      The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: March 21st, 2025**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

5