IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DANIMER SCIENTIFIC, INC., *et al.*, | Case No. 25-10518 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF RECLAMATION DEMAND OF MITSUBISHI CHEMICAL AMERICA, INC. AND PERFECTION OF SECURITY INTERESTS THEREOF**

**PLEASE TAKE NOTICE** that by and through its undersigned counsel at White and Williams, LLP, Mitsubishi Chemical America, Inc. ("**MCA**"), hereby files this notice of the delivery of written demand for reclamation of goods, pursuant to 11 U.S.C. § 546(c), upon Danimer Sceintific, Inc. and its affiliated debtors (the "**Debtors**"), including Danimer Bioplastics, Inc. and Debtors' counsel, to reclaim certain assets (the "**Goods**") that are subject to reclamation. MCA sold the Goods to the Debtors in the ordinary course of MCA's business and the Debtors received the Goods during the 45-day period prior to the filing of the above-captioned Chapter 11 cases while the Debtors were insolvent. Attached hereto as **Exhibit A** is a copy of the formal reclamation demand dated April 2, 2025 and is fully incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that, as part of its demand for reclamation, MCA is demanding that the Goods be segregated, identified, and not commingled with any other goods.

**PLEASE TAKE FURTHER NOTICE** that MCA, as a secured party, hereby files this notice of perfection of any and all security interests pursuant to 11 U.S.C. § 546(b). MCA further avers that: (i) MCA has put the Debtors on notice of its interests in and claims to the Goods; (ii)

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: Danimer Scientific, Inc. (4518); Danimer Bioplastics, Inc. (8734); Danimer Scientific Holdings, LLC (8521); Danimer Scientific Kentucky, Inc. (6371); Danimer Scientific Manufacturing, Inc. (0322); Danimer Scientific, L.L.C. (7346); Meredian Bioplastics, Inc. (5822); Meredian Holdings Group, Inc. (7239); Meredian, Inc. (7507); and Novomer, Inc. (4173). The location of the Debtors' corporate headquarters is: 140 Industrial Boulevard, Bainbridge, Georgia, 39817.

MCA has not released or waived any claims or liens; (iii) MCA has a lien upon the Goods and any proceeds thereof; (iv) MCA submits that it is perfected as to all of its liens; (v) to the extent any further action is required, MCA hereby gives notice of perfection of its liens under 11 USC § 546(b); and (vi) MCA does not consent to the use of any of the Goods or its cash collateral by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the holder of any of the Goods or proceeds is subject to this perfection of security interests by MCA to the extent necessary to perfect such interests and may not sell, transfer, hypothecate or otherwise impair such Goods or proceeds without the express written consent of MCA or an order of the Court.

**PLEASE TAKE FURTHER NOTICE** that any other holder of any cash collateral as defined in 11 U.S.C. § 363 constituting the proceeds of the Goods is subject to this perfection of security interests by MCA to the extent necessary and may not use or transfer or otherwise impair said cash collateral without the express written consent of MCA or an order of the Court as provided in 11 U.S.C. §363.

**PLEASE TAKE FURTHER NOTICE** that MCA reserves all of its rights and remedies under Title 11 of the United States Code (the "**Bankruptcy Code**"), the Uniform Commercial Code, and any other applicable law, including the right to amend and/or supplement this Notice and to maintain that MCA has title to the Goods.  Nothing herein shall be deemed to constitute a waiver of, and MCA expressly reserves any and all rights, claims, remedies, interest, and defenses, whether in law or in equity, including, but not limited to, MCA's right to an allowed administrative expense claim under section 503(b)(9) of the Bankruptcy Code or under any other applicable federal or state law.

| | |
|---|---|
| Date: April 2, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**WHITE AND WILLIAMS LLP**<br><br>/s/ *Michael Ingrassia*<br>Michael Ingrassia (No. 7068)<br>600 North King Street, Suite 800<br>Wilmington, Delaware 19801<br>Tel: (302) 467-4503<br>Email: ingrassiam@whiteandwilliams.com<br><br>-and-<br><br>Heidi J. Sorvino, Esq.<br>Christopher Graham, Esq.<br>810 Seventh Avenue, Suite 500<br>New York, New York<br>Tel: (212) 244-9500<br>Email:  sorvinoh@whiteandwilliams.com<br>            grahamc@whiteandwilliams.com<br><br>*Counsel to Mitsubishi Chemical America, Inc.* |