## Exhibit A



**Christopher F. Graham**

810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.714.3066 | Fax 212.868.4845
grahamc@whiteandwilliams.com | whiteandwilliams.com

April 2, 2025

By E-Mail and First Class Mail

| | |
|---|---|
| Danimer Bioplastics Inc. | Danimer Bioplastics Inc. |
| c/o Richards Layton & Finger, P.A | c/o Vinson & Elkins LLP |
| Daniel J. DeFranceschi | George R. Howard |
| Zachary I. Shapiro | David S. Meyer |
| Matthew P. Milana | 1114 Avenue of the Americas, 32nd Floor |
| Alexander R. Steiger | New York, New York 10036-7708 |
| One Rodney Square | Email: ghoward@velaw.com |
| 920 North King Street | dmeyer@velaw.com |
| Wilmington, Delaware 19801 | |
| Email: defranceschi@rlf.com | Danimer Bioplastics Inc. |
| shapiro@rlf.com | c/o Vinson & Elkins LLP |
| milana@rlf.com | Trevor G. Spears |
| steiger@rlf.com | Sara Zoglman |
| | 2001 Ross Avenue, Suite 3900 |
| | Dallas, Texas 75201 |
| | Email: tspears@velaw.com |
| | szoglman@velaw.com |

Re:     *Reclamation Demand by Mitsubishi Chemical America, Inc.*

Dear Sir or Madam:

I write on behalf of Mitsubishi Chemical America, Inc. and its respective affiliates, as their interests may appear (together "**MCA**").  In accordance with the Uniform Commercial Code and other applicable law, by virtue of your admitted insolvency, MCA hereby makes demand upon you for reclamation of all goods (the "**Goods**") received by Danimer Bioplastics, Inc. and its affiliates (the "**Debtors**") from MCA at a time when the Debtors were insolvent, and which Goods are currently in the Debtors' possession custody or control.

Attached hereto as <u>Exhibit 1</u> is documentation describing or identifying the particular Goods for which MCA asserts its reclamation claims having a total minimum value of $190,720.00. The Goods are further described in the invoices and bills previously sent to you by MCA.  MCA reserves the right to modify the scope of the Goods subject to its reclamation claims following further investigation and subject to applicable law. (MCA reserves its rights to submit

an administrative claim, including but not limited to claims eligible for administrative treatment under 11 U.S.C. § 503(b)(9)). MCA is currently calculating those amounts. MCA reserves all of its rights with respect to any claims and or causes of action that it may have.

Please contact the undersigned immediately for instructions concerning the immediate return of the Goods to MCA.  You are further notified that all Goods subject to MCA's reclamation rights and this demand should be protected and segregated, and are not to be sold, leased or used for any purpose whatsoever except by written agreement of MCA or following notice and a hearing by the Bankruptcy Court.

We appreciate your prompt cooperation in this matter. Please call or e-mail with any questions.

Very truly yours,
WHITE AND WILLIAMS LLP

*/s/ Christopher F. Graham*
Christopher F. Graham, Esq.

Enclosure

cc:    Heidi J. Sorvino, Esq. (hsorvino@whiteandwilliams.com)
        Michael Ingrassia, Esq. (ingrassiam@whiteandwilliams.com)

<u>**EXHIBIT 1**</u>

**Supporting Documentation for 20 Bags/40 Metric Tons**
**Of Polybutylene Succinate Reclaimed by MCA**

**ptt MCC BIOCHEM**

# COMMERCIAL INVOICE

| | | | |
|---|---|---|---|
| **FOR ACCOUNT AND RISK OF** : | Mitsubishi Chemical America, Inc. | **INVOICE NO.** | : DE50003890 |
| | 350 North Buckeye Street OH 44811 USA | **REFERENCE NO.** | : DE80004114 |
| | | **DATE** | : 26-Nov-2024 |

| | | |
|---|---|---|
| **CUSTOMER CODE NO.** | : | 10023783 |
| **CUSTOMER'S ORDER NO.** | : | 4500000876 |
| **FROM** | : | Any Thailand Port |
| **TO** | : | CINCINNATI |
| **SAILING ON OR ABOUT** | : | |
| **VESSEL / AIRCRAFT** | : | ONE MADRID V.025E |
| **PAYMENT TERM** | : | T/T 60 days after B/L date |

| NO. | DESCRIPTION | QUANTITY (MT) | UNIT PRICE (USD / MT) CIF CINCINNATI | AMOUNT (USD) |
|---|---|---|---|---|
| 1 | BioPBS FD92PM | 32.000 | 5,960.00 | 190,720.00 |
| | PACKING : 800 KG BAG, PALLETIZING | | | |
| | | | | |
| | **MARKS & NOS:** | | | |
| | BioPBS made in Thailand | | | |
| | MCA PO 4500000876 | | | |
| | Danimer PO DSKY-PO-018664,DSKY-PO-018665 | | | |
| **TOTAL** | 20 PALETS (40 BAGS) | 32.000 | | 190,720.00 |

IN WORDS:   ONE HUNDRED NINETY THOUSAND SEVEN HUNDRED TWENTY US DOLLARS ONLY

REMARK:

**PTT MCC BIOCHEM COMPANY LIMITED**

AUTHORIZED SIGNATURE

A penalty fee for the delayed payment at the rate of 12% per annum subject to General Terms and Conditions of Sales.

E. & O.E.

PTT MCC Biochem Co.,Ltd.(Head Office) TAX I.D. 0105554045269

555/2 Energy Complex, Building B, 14th Floor, Vibhavadi Rangsit Road, Chatuchak, Bangkok 10900, Thailand Telephone +66 (0) 2140-3555 Fax. +66 (0) 2140-3556

**ptt MCC BIOCHEM**

# PACKING LIST

| | | | |
|---|---|---|---|
| **FOR ACCOUNT AND RISK OF :** | Mitsubishi Chemical America, Inc. | **INVOICE NO.** | : DE50003890 |
| | 350 North Buckeye Street OH 44811 USA | **REFERENCE NO.** | : DE80004114 |
| | | **DATE** | : 26-Nov-2024 |

| | |
|---|---|
| **CUSTOMER CODE NO.** | : 10023783 |
| **CUSTOMER'S ORDER NO.** | : 4500000876 |
| **FROM** | : Any Thailand Port |
| **TO** | : CINCINNATI |
| **SAILING ON OR ABOUT** | : |
| **VESSEL / AIRCRAFT** | : ONE MADRID V.025E |
| **PAYMENT TERM** | : T/T 60 days after B/L date |

| NO. | DESCRIPTION | QUANTITY (MT) | NET WEIGHT (KGS) | GROSS WEIGHT (KGS) | MEASUREMENT (M3) |
|---|---|---|---|---|---|
| 1 | BioPBS FD92PM | 32.000 | 32,000.000 | 32,608.000 | 55.008 |
| | PACKING : 800 KG BAG, PALLETIZING | | | | |
| | | | | | |
| | **MARKS & NOS:** | | | | |
| | BioPBS made in Thailand | | | | |
| | MCA PO 4500000876 | | | | |
| | Danimer PO DSKY-PO-018664,DSKY-PO-018665 | | | | |
| | | | | | |
| **TOTAL** | 20 PALETS (40 BAGS) | 32.000 | 32,000.000 | 32,608.000 | 55.008 |

REMARK:

PTT MCC BIOCHEM COMPANY LIMITED

AUTHORIZED SIGNATURE

E. & O.E.

PTT MCC Biochem Co.,Ltd. (Head Office) TAX I.D. 0105554045269

555/2 Energy Complex, Building B, 14th Floor, Vibhavadi Rangsit Road, Chatuchak, Bangkok 10900, Thailand Telephone:+66 (0) 2140-3555, Fax: +66 (0) 2140-3556



# SINO LOGISTICS CORPORATION PUBLIC COMPANY LIMITED
### AS CARRIER

| SHIPPER (Name and Full Address) | BOOKING NO. BKKEFD718700 | B/L NO TH24110753 |
|---|---|---|
| PTT MCC BIOCHEM COMPANY LIMITED<br>555/2 ENERGY COMPLEX BUILDING B, 14TH FLOOR,<br>VIBHAVADI RANGSIT ROAD, CHATUCHAK,<br>BANGKOK 10900, THAILAND<br>T.+66(0)2140-3555 F.+66(0)2140-3556 | EXPORT REFERENCES :<br><br>## SEA WAYBILL | |

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consignee To Order) | FORWARDING AGENT REFERENCES |
|---|---|
| DANIMER BIOPLASTICS INC<br>495 ROLLING HILLS LANE<br>WINCHESTER KY 40391<br>CONTACT PERSON : MS. CATHY BAKER | MTS LOGISTICS,INC<br>5 WEST 37TH ST ROOM 300 NY, NY 10018<br>TEL: 212 594 31 17 X: 217<br>FAX: 212 594 68 21<br>ATTN: MEHTAP DEMIRCI |

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address) |
|---|---|
| ARIES GLOBAL LOGISTICS LLC,<br>770 SOUTH CENTRAL AVENUE, UNITED STATES<br>ATTN. JENNA SCOTT , LAURA PENSON<br>E-MAIL : JSCO@NTGAIROCEAN.COM ,<br>CATHY.BAKER@MCGC.COM , LPE@NTGAIROCEAN.COM<br>ATL.IMPORT.US@NTGAIROCEAN.COM | |

| VESSEL / VOYAGE NO | FINAL DESTINATION (FOR MERCHANT'S REFERENCE ONLY) |
|---|---|
| ONE MADRID V.025E | |

| PLACE OF RECEIPT | PORT OF LOADING | EXCESS LIMIT DECLARATION AS PER CLAUSE 15 | |
|---|---|---|---|
| LAEM CHABANG, THAILAND | LAEM CHABANG, THAILAND | | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | FREIGHT STATUS | NUMBER OF ORIGINAL B/L |
| NEW YORK, NY, U.S.A. | CINCINNATI, OH, U.S.A. | "FREIGHT PREPAID" | 0 (ZERO) |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASURE-MENT |
|---|---|---|---|---|
| | | 2 x 20'DC<br>'SHIPPER'S LOAD COUNT AND SEAL' | KGS. | CBM. |
| BioPBS<br>made in Thailand<br>MCA PO<br>4500000876<br>Danimer PO<br>DSKY-PO-018664,<br>DSKY-PO-018665 | 20<br>PACKAGES | POLYBUTYLENE SUCCINATE<br>BioPBS FD92PM<br>20 PALLETS  (40 BAGS) | G.W. 32,608.000 | 55.008 |
| | | (CY/CY) | | |
| CONTAINER NO.<br>TCKU2949450/SLC0000484/20'DC=10 PACKAGES/16,304.00 KGS./27.504 M3<br>TCKU2193110/SLC0000485/20'DC=10 PACKAGES/16,304.00 KGS./27.504 M3 | | VESSEL : ONE MADRID  V.025E<br>AT PORT : LAEM CHABANG, THAILAND<br>ON BOARD : NOVEMBER 26, 2024 | | |

The contract evidenced by this Bill of Lading is governed by the laws of the Kingdom of Thailand.
Any claim or dispute must be determined exclusively by the courts in the Kingdom of Thailand.

| TOTAL NO OF PACKAGES<br>OR CONTAINERS (IN WORDS) | (TOTAL : TWENTY PACKAGES ONLY) |
|---|---|

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | | The above particulars are according to the declaration of the shipper. The Carrier received the above goods in apparent good order and condition, unless otherwise specified, for carriage to the place as agreed above subject to the terms and conditions of this bill of Lading including those on the back page.<br>One original of this Bill of Lading must be surrendered duly endorsed in exchange for the goods. In witness, As Carrier has signed the number of original Bills of Lading stated above, all of this tenor and date, one of which being accomplished, the others to stand void.<br>Place and date of issue.  BANGKOK, THAILAND, NOVEMBER 26, 2024<br><br>BY |

## CERTIFIED CORRECT COPY

SINO LOGISTICS CORPORATION PUBLIC COMPANY LIMITED
AS AGENT

| TOTAL AMOUNT DUE | As Carrier |
|---|---|



# SINO LOGISTICS CORPORATION PUBLIC COMPANY LIMITED
AS CARRIER

| | |
|---|---|
| **SHIPPER (Name and Full Address)**<br>PTT MCC BIOCHEM COMPANY LIMITED<br>555/2 ENERGY COMPLEX BUILDING B, 14TH FLOOR,<br>VIBHAVADI RANGSIT ROAD, CHATUCHAK,<br>BANGKOK 10900, THAILAND<br>T.+66(0)2140-3555 F.+66(0)2140-3556 | **BOOKING NO.** BKKEFD718700  **B/L NO** TH24110753<br>**EXPORT REFERENCES :**<br><br>### SEA WAYBILL |
| **CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consignee To Order)**<br>DANIMER BIOPLASTICS INC<br>495 ROLLING HILLS LANE<br>WINCHESTER KY 40391<br>CONTACT PERSON : MS. CATHY BAKER | **FORWARDING AGENT REFERENCES**<br>MTS LOGISTICS,INC<br>5 WEST 37TH ST ROOM 300 NY, NY 10018<br>TEL: 212 594 31 17 X: 217<br>FAX: 212 594 68 21<br>ATTN: MEHTAP DEMIRCI |
| **NOTIFY PARTY (Name and Full Address)**<br>ARIES GLOBAL LOGISTICS LLC,<br>770 SOUTH CENTRAL AVENUE, UNITED STATES<br>ATTN. JENNA SCOTT , LAURA PENSON<br>E-MAIL : JSCO@NTGAIROCEAN.COM ,<br>CATHY.BAKER@MCGC.COM , LPE@NTGAIROCEAN.COM<br>ATL.IMPORT.US@NTGAIROCEAN.COM | **ALSO NOTIFY (Name and Full Address)** |
| **VESSEL / VOYAGE NO**<br>ONE MADRID V.025E | **FINAL DESTINATION (FOR MERCHANT'S REFERENCE ONLY)** |
| **PLACE OF RECEIPT**<br>LAEM CHABANG, THAILAND | **PORT OF LOADING**<br>LAEM CHABANG, THAILAND | **EXCESS LIMIT DECLARATION AS PER CLAUSE 15** |
| **PORT OF DISCHARGE**<br>NEW YORK, NY, U.S.A. | **PLACE OF DELIVERY**<br>CINCINNATI, OH, U.S.A. | **FREIGHT STATUS**<br>"FREIGHT PREPAID" | **NUMBER OF ORIGINAL B/L**<br>0 (ZERO) |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASURE-MENT |
|---|---|---|---|---|
| | | 2 x 20'DC<br>'SHIPPER'S LOAD COUNT AND SEAL' | KGS. | CBM. |
| BioPBS<br>made in Thailand<br>MCA PO<br>4500000876<br>Danimer PO<br>DSKY-PO-018664,<br>DSKY-PO-018665 | 20<br>PACKAGES | POLYBUTYLENE SUCCINATE<br>BioPBS FD92PM<br>20 PALLETS  (40 BAGS) | G.W. 32,608.000 | 55.008 |
| CONTAINER NO.<br>TCKU2949450/SLC0000484/20'DC=10 PACKAGES/16,304.00 KGS./27.504 M3<br>TCKU2193110/SLC0000485/20'DC=10 PACKAGES/16,304.00 KGS./27.504 M3 | | (CY/CY)<br>VESSEL : ONE MADRID  V.025E<br>AT PORT : LAEM CHABANG, THAILAND<br>ON BOARD : NOVEMBER 26, 2024 | | |

The contract evidenced by this Bill of Lading is governed by the laws of the Kingdom of Thailand.
Any claim or dispute must be determined exclusively by the courts in the Kingdom of Thailand.

| **TOTAL NO OF PACKAGES**<br>**OR CONTAINERS (IN WORDS)** | (TOTAL : TWENTY PACKAGES ONLY) | |
|---|---|---|

| **FREIGHT AND CHARGES** | **PREPAID** | **COLLECT** | |
|---|---|---|---|
| | | | The above particulars are according to the declaration of the shipper. The Carrier received the above goods in apparent good order and condition, unless otherwise specified, for carriage to the place as agreed above subject to the terms and conditions of this bill of Lading including those on the back page.<br>One original of this Bill of Lading must be surrendered duly endorsed in exchange for the goods. In witness, As Carrier has signed the number of original Bills of Lading stated above, all of this tenor and date, one of which being accomplished, the others to stand void.<br>Place and date of issue.  BANGKOK, THAILAND, NOVEMBER 26, 2024<br><br>BY |

CERTIFIED CORRECT COPY

SINO LOGISTICS CORPORATION PUBLIC COMPANY LIMITED
AS AGENT

| **TOTAL AMOUNT DUE** | | As Carrier |
|---|---|---|



# SINO LOGISTICS CORPORATION PUBLIC COMPANY LIMITED
### AS CARRIER

| | |
|---|---|
| **SHIPPER (Name and Full Address)**<br>PTT MCC BIOCHEM COMPANY LIMITED<br>555/2 ENERGY COMPLEX BUILDING B, 14TH FLOOR,<br>VIBHAVADI RANGSIT ROAD, CHATUCHAK,<br>BANGKOK 10900, THAILAND<br>T.+66(0)2140-3555 F.+66(0)2140-3556 | **BOOKING NO.** BKKEFD718700   **B/L NO** TH24110753<br>**EXPORT REFERENCES :**<br><br>### SEA WAYBILL |
| **CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consignee To Order)**<br>DANIMER BIOPLASTICS INC<br>495 ROLLING HILLS LANE<br>WINCHESTER KY 40391<br>CONTACT PERSON : MS. CATHY BAKER | **FORWARDING AGENT REFERENCES**<br>MTS LOGISTICS,INC<br>5 WEST 37TH ST ROOM 300 NY, NY 10018<br>TEL: 212 594 31 17 X: 217<br>FAX: 212 594 68 21<br>ATTN: MEHTAP DEMIRCI |
| **NOTIFY PARTY (Name and Full Address)**<br>ARIES GLOBAL LOGISTICS LLC,<br>770 SOUTH CENTRAL AVENUE, UNITED STATES<br>ATTN. JENNA SCOTT , LAURA PENSON<br>E-MAIL : JSCO@NTGAIROCEAN.COM ,<br>CATHY.BAKER@MCGC.COM , LPE@NTGAIROCEAN.COM<br>ATL.IMPORT.US@NTGAIROCEAN.COM | **ALSO NOTIFY (Name and Full Address)** |
| **VESSEL / VOYAGE NO**<br>ONE MADRID V.025E | **FINAL DESTINATION (FOR MERCHANT'S REFERENCE ONLY)** |
| **PLACE OF RECEIPT**<br>LAEM CHABANG, THAILAND | **PORT OF LOADING**<br>LAEM CHABANG, THAILAND |
| **PORT OF DISCHARGE**<br>NEW YORK, NY, U.S.A. | **PLACE OF DELIVERY**<br>CINCINNATI, OH, U.S.A. |

| **EXCESS LIMIT DECLARATION AS PER CLAUSE 15** | |
|---|---|
| **FREIGHT STATUS**<br>"FREIGHT PREPAID" | **NUMBER OF ORIGINAL B/L**<br>0 (ZERO) |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASURE-MENT |
|---|---|---|---|---|
| | | 2 x 20'DC<br>'SHIPPER'S LOAD COUNT AND SEAL' | KGS. | CBM. |
| BioPBS<br>made in Thailand<br>MCA PO<br>4500000876<br>Danimer PO<br>DSKY-PO-018664,<br>DSKY-PO-018665 | 20<br>PACKAGES | POLYBUTYLENE SUCCINATE<br>BioPBS FD92PM<br>20 PALLETS  (40 BAGS) | G.W. 32,608.000 | 55.008 |
| | | (CY/CY) | | |
| CONTAINER NO.<br>TCKU2949450/SLC0000484/20'DC=10 PACKAGES/16,304.00 KGS./27.504 M3<br>TCKU2193110/SLC0000485/20'DC=10 PACKAGES/16,304.00 KGS./27.504 M3 | | VESSEL : ONE MADRID  V.025E<br>AT PORT : LAEM CHABANG, THAILAND<br>ON BOARD : NOVEMBER 26, 2024 | | |

The contract evidenced by this Bill of Lading is governed by the laws of the Kingdom of Thailand.
Any claim or dispute must be determined exclusively by the courts in the Kingdom of Thailand.

| **TOTAL NO OF PACKAGES**<br>**OR CONTAINERS (IN WORDS)** | (TOTAL : TWENTY PACKAGES ONLY) | |
|---|---|---|

| FREIGHT AND CHARGES | PREPAID | COLLECT | |
|---|---|---|---|
| | | | The above particulars are according to the declaration of the shipper. The Carrier received the above goods in apparent good order and condition, unless otherwise specified, for carriage to the place as agreed above subject to the terms and conditions of this bill of Lading including those on the back page.<br>One original of this Bill of Lading must be surrendered duly endorsed in exchange for the goods. In witness, As Carrier has signed the number of original Bills of Lading stated above, all of this tenor and date, one of which being accomplished, the others to stand void.<br>Place and date of issue.  BANGKOK, THAILAND, NOVEMBER 26, 2024<br><br>BY |
| **TOTAL AMOUNT DUE** | | | As Carrier |



# SINO LOGISTICS CORPORATION PUBLIC COMPANY LIMITED
AS CARRIER

| | |
|---|---|
| **SHIPPER (Name and Full Address)**<br>PTT MCC BIOCHEM COMPANY LIMITED<br>555/2 ENERGY COMPLEX BUILDING B, 14TH FLOOR,<br>VIBHAVADI RANGSIT ROAD, CHATUCHAK,<br>BANGKOK 10900, THAILAND<br>T.+66(0)2140-3555 F.+66(0)2140-3556 | **BOOKING NO.** BKKEFD718700    **B/L NO** TH24110753<br><br>EXPORT REFERENCES :<br><br>## SEA WAYBILL |
| **CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consignee To Order)**<br>DANIMER BIOPLASTICS INC<br>495 ROLLING HILLS LANE<br>WINCHESTER KY 40391<br>CONTACT PERSON : MS. CATHY BAKER | **FORWARDING AGENT REFERENCES**<br>MTS LOGISTICS,INC<br>5 WEST 37TH ST ROOM 300 NY, NY 10018<br>TEL: 212 594 31 17 X: 217<br>FAX: 212 594 68 21<br>ATTN: MEHTAP DEMIRCI |
| **NOTIFY PARTY (Name and Full Address)**<br>ARIES GLOBAL LOGISTICS LLC,<br>770 SOUTH CENTRAL AVENUE, UNITED STATES<br>ATTN. JENNA SCOTT , LAURA PENSON<br>E-MAIL : JSCO@NTGAIROCEAN.COM ,<br>CATHY.BAKER@MCGC.COM , LPE@NTGAIROCEAN.COM<br>ATL.IMPORT.US@NTGAIROCEAN.COM | **ALSO NOTIFY (Name and Full Address)** |

| VESSEL / VOYAGE NO | | FINAL DESTINATION (FOR MERCHANT'S REFERENCE ONLY) | |
|---|---|---|---|
| ONE MADRID V.025E | | | |
| **PLACE OF RECEIPT** | **PORT OF LOADING** | **EXCESS LIMIT DECLARATION AS PER CLAUSE 15** | |
| LAEM CHABANG, THAILAND | LAEM CHABANG, THAILAND | | |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** | **FREIGHT STATUS** | **NUMBER OF ORIGINAL B/L** |
| NEW YORK, NY, U.S.A. | CINCINNATI, OH, U.S.A. | "FREIGHT PREPAID" | 0 (ZERO) |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASURE-MENT |
|---|---|---|---|---|
| | | 2 x 20'DC<br>'SHIPPER'S LOAD COUNT AND SEAL' | KGS. | CBM. |
| BioPBS<br>made in Thailand<br>MCA PO<br>4500000876<br>Danimer PO<br>DSKY-PO-018664,<br>DSKY-PO-018665 | 20<br>PACKAGES | POLYBUTYLENE SUCCINATE<br>BioPBS FD92PM<br>20 PALLETS  (40 BAGS) | G.W. 32,608.000 | 55.008 |
| | | (CY/CY) | | |
| CONTAINER NO.<br>TCKU2949450/SLC0000484/20'DC=10 PACKAGES/16,304.00 KGS./27.504 M3<br>TCKU2193110/SLC0000485/20'DC=10 PACKAGES/16,304.00 KGS./27.504 M3 | | VESSEL : ONE MADRID  V.025E<br>AT PORT : LAEM CHABANG, THAILAND<br>ON BOARD : NOVEMBER 26, 2024 | | |

The contract evidenced by this Bill of Lading is governed by the laws of the Kingdom of Thailand.
Any claim or dispute must be determined exclusively by the courts in the Kingdom of Thailand.

| TOTAL NO OF PACKAGES<br>OR CONTAINERS (IN WORDS) | (TOTAL : TWENTY PACKAGES ONLY) | | |
|---|---|---|---|
| **FREIGHT AND CHARGES** | **PREPAID** | **COLLECT** | The above particulars are according to the declaration of the shipper. The Carrier received the above goods in apparent good order and condition, unless otherwise specified, for carriage to the place as agreed above subject to the terms and conditions of this bill of Lading including those on the back page.<br>One original of this Bill of Lading must be surrendered duly endorsed in exchange for the goods. In witness, As Carrier has signed the number of original Bills of Lading stated above, all of this tenor and date, one of which being accomplished, the others to stand void.<br>Place and date of issue. BANGKOK, THAILAND, NOVEMBER 26, 2024<br><br>BY |
| **TOTAL AMOUNT DUE** | | | As Carrier |

**CERTIFICATE NO.**    ORIGINAL

**THTCCCO240800826**



**CERTIFICATE OF ORIGIN
ISSUED BY
THE THAI CHAMBER OF COMMERCE
BANGKOK, THAILAND**

**1. CONSIGNOR**

PTT MCC BIOCHEM COMPANY LIMITED
555/2 ENERGY COMPLEX BUILDING B, 14TH FLOOR,
VIBHAVADI RANGSIT ROAD, CHATUCHAK,
BANGKOK 10900, THAILAND
T.+66(0)2140-3555 F.+66(0)2140-3556

**3. NOTIFY**

ARIES GLOBAL LOGISTICS LLC,
770 SOUTH CENTRAL AVENUE,
UNITED STATES
ATTN. JENNA SCOTT , LAURA PENSON
E-MAIL : JSCO@NTGAIROCEAN.COM ,
CATHY.BAKER@MCGC.COM,
LPE@NTGAIROCEAN.COM
ATL.IMPORT.US@NTGAIROCEAN.COM

**2. CONSIGNEE**

DANIMER BIOPLASTICS INC
495 ROLLING HILLS LANE WINCHESTER KY 40391
CONTACT PERSON : MS. CATHY BAKER

**4. VESSEL/FLIGHT NO.**

ONE MADRID V.025E

**5. DESTINATION**

CINCINNATI, OH, U.S.A

**8. INVOICE NO. & DATE**

DE50003890 NOVEMBER 26, 2024

**6. LOADING ON OR ABOUT**

NOVEMBER 26, 2024

**7. COUNTRY OF ORIGIN**

THAILAND

| 9. MARKS | 10. DESCRIPTIONS | 11. QUANTITY | 12. GROSS WEIGHT |
|---|---|---|---|
| | Page 1 of 1 | | |
| BIOPBS<br>MADE IN THAILAND<br>MCA PO 4500000876<br>DANIMER PO<br>DSKY-PO-018664,<br>DSKY-PO-018665 | POLYBUTYLENE SUCCINATE<br>BIOPBS FD92PM<br>H.S.CODE : 3907.99 | 20 PACKAGE(S) | N.W.32,000.000 KGS.<br>G.W.32,608.000 KGS. |

**13. DECLARATION**

The undersigned, duly authorized by the company, declares that the
above-mentioned goods originate in the country shown in box 7.
Signed on...        NOVEMBER 27, 2024

(Authorized Signature)

**14. CERTIFICATION**

Hash value : 9f6c0e8a5187be8be42a498aa53e2a47

The undersigned hereby certifies on the basis of information supplied and
other supporting documents that the above-mentioned goods originate in
the country shown in box 7 to the best of its knowledge and belief.

This is issued at Bangkok on... NOVEMBER 27, 2024

(MS. PATCHAREEPORN PONGNIPAKORN)
(Authorized Signature)

หอการค้าไทย THE THAI CHAMBER OF COMMERCE
150 ถนนราชบพิธ กรุงเทพฯ 10200 : 150 RAJBOPIT ROAD, BANGKOK 10200 Tel. +66(0) 2018-6888
FAX : +66(0) 2226-4524  Website :  www.thaichamber.org   E-mail : tcc@thaichamber.org

FM-CO-08 Rev.1    M  1384756

สแกนด้วย CamScanner



Date 26  November 2024

To :Mitsubishi Chemical America, Inc.

350 North Buckeye Street OH 44811 USA

# CERTIFICATE OF ANALYSIS

| GRADE | LOT | WEIGHT | SPEC. MFR (190℃, 21.2N) | MFR (190℃, 21.2N) | SPEC. MOISTURE CONTENT | MOISTURE CONTENT | INSPECTION ON |
|---|---|---|---|---|---|---|---|
| | | kg | g/10min | g/10min | ppm | ppm | |
| FD92PM | TN4E23Y | 4,000.000 | 3.0 - 10.0 | 5.8 | < 1,000 | 345 | 05 SEP 2024 |
| | TN4E25Y | 16,000.000 | 3.0 - 10.0 | 4.2 | < 1,000 | 442 | 04 SEP 2024 |
| | TN4E26Y | 12,000.000 | 3.0 - 10.0 | 3.9 | < 1,000 | 355 | 04 SEP 2024 |

PTT MCC Biochem Company Limited

*Jumana  Buaphud.*

Authorized Signature

PTT MCC Biochem Co.,Ltd.(Head Office) TAX I.D.0105554045269

555/2 Energy Complex, Building B, 14th Floor,Vibhavadi Rangsit Road, Chatuchak,Bangkok 10900, Thailand

Telephone: +66 (0) 2140-3555, Fax: +66 (0) 2140-3556

 68887 PLATO W PTTMCC Picking Confirmation

| Date out stock | Transport no. | Customer | Customer reference 1 | Customer reference 2 | License plate no. trailer | Container no. | Seal no. | Product | Configuration | Lot-batch | Qty input | Net input | Pallet no. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21/11/2024 | LC8010252 | PTTMCC | DE70004878 | DES0003890 | | 725029 TCKU2949450 | SLC0000484 | BioPBS FD92PM Big Bag AL 800 Kg | 28880OKG-PTT03N | TN4E25Y | 2 | 1,600 | 21-22 |
| 21/11/2024 | LC8010252 | PTTMCC | DE70004878 | DES0003890 | | 725029 TCKU2949450 | SLC0000484 | BioPBS FD92PM Big Bag AL 800 Kg | 28880OKG-PTT03N | TN4E25Y | 2 | 1,600 | 23-24 |
| 21/11/2024 | LC8010252 | PTTMCC | DE70004878 | DES0003890 | | 725029 TCKU2949450 | SLC0000484 | BioPBS FD92PM Big Bag AL 800 Kg | 28880OKG-PTT03N | TN4E25Y | 2 | 1,600 | 25-26 |
| 21/11/2024 | LC8010252 | PTTMCC | DE70004878 | DES0003890 | | 725029 TCKU2949450 | SLC0000484 | BioPBS FD92PM Big Bag AL 800 Kg | 28880OKG-PTT03N | TN4E25Y | 2 | 1,600 | 27-28 |
| 21/11/2024 | LC8010252 | PTTMCC | DE70004878 | DES0003890 | | 725029 TCKU2949450 | SLC0000484 | BioPBS FD92PM Big Bag AL 800 Kg | 28880OKG-PTT03N | TN4E25Y | 2 | 1,600 | 29-30 |
| 21/11/2024 | LC8010252 | PTTMCC | DE70004878 | DES0003890 | | 725029 TCKU2949450 | SLC0000484 | BioPBS FD92PM Big Bag AL 800 Kg | 28880OKG-PTT03N | TN4E25Y | 2 | 1,600 | 31-32 |
| 21/11/2024 | LC8010252 | PTTMCC | DE70004878 | DES0003890 | | 725029 TCKU2949450 | SLC0000484 | BioPBS FD92PM Big Bag AL 800 Kg | 28880OKG-PTT03N | TN4E25Y | 2 | 1,600 | 33-34 |
| 21/11/2024 | LC8010252 | PTTMCC | DE70004878 | DES0003890 | | 725029 TCKU2949450 | SLC0000484 | BioPBS FD92PM Big Bag AL 800 Kg | 28880OKG-PTT03N | TN4E25Y | 2 | 1,600 | 35-36 |
| 21/11/2024 | LC8010252 | PTTMCC | DE70004878 | DES0003890 | | 725029 TCKU2949450 | SLC0000484 | BioPBS FD92PM Big Bag AL 800 Kg | 28880OKG-PTT03N | TN4E25Y | 2 | 1,600 | 37-38 |
| 21/11/2024 | LC8010252 | PTTMCC | DE70004878 | DES0003890 | | 725029 TCKU2949450 | SLC0000484 | BioPBS FD92PM Big Bag AL 800 Kg | 28880OKG-PTT03N | TN4E25Y | 2 | 1,600 | 39-40 |
| | | | | | | | | | | | 20 | 16,000 | |



68887 PLATO W PTTMCC Picking Confirmation

| Date out stock | Transport no. | Customer | Customer reference 1 | Customer reference 2 | License plate no. trailer | Container no. | Seal no. | Product | Configuration | Lot-batch | Qty input | Net input | Pallet no. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E23Y | 1 | 800 | 46 |
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E23Y | 2 | 1,600 | 47-48 |
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E23Y | 2 | 1,600 | 49-50 |
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E26Y | 2 | 1,600 | 23-24 |
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E26Y | 2 | 1,600 | 25-26 |
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E26Y | 2 | 1,600 | 29-30 |
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E26Y | 1 | 800 | 39-40 |
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E26Y | 2 | 1,600 | 31-32 |
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E26Y | 2 | 1,600 | 33-34 |
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E26Y | 2 | 1,600 | 35-36 |
| 21/11/2024 | LCB010253 | PTTMCC | DE70004879 | DE50003890 | | 725029 TCKU2193110 | SLC0000485 | BioPBS FD92PM Big Bag AL 800 Kg | 288800KG-PTT03N | TN4E26Y | 2 | 1,600 | 37-38 |
| | | | | | | | | | | | 20 | 16,000 | |

สำนักงานใหญ่/ตั้งอยู่เลขที่
1115 ถนนพระราม 3 แขวงช่องนนทรี
เขตยานนาวา กรุงเทพฯ 10120
โทรศัพท์ 1736,0 2239 2200
โทรสาร 0 2239 2049
เลขประจำตัวผู้เสียภาษี
0107538000533
www.dhipaya.co.th

**บริษัท ทิพยประกันภัย จำกัด (มหาชน)**
**DHIPAYA INSURANCE PUBLIC COMPANY LIMITED**

HEAD OFFICE ADDRESS
1115 Rama 3 Road, Chong Nonsi, Yannawa,
Bangkok 10120
TEL. 1736, 0 2239 2200
FAX: 0 2239 2049
บมจ. 576

MARINE CARGO POLICY
SCHEDULE

Duty Paid

ORIGINAL

OPERATOR : rpamarineMREX

POLICY NO.  13001-889-249258394

| | |
|---|---|
| NAME OF ASSURED : PTT MCC BIOCHEM CO.,LTD. | |
| CONVEYANCE : ONE MADRID V.025E<br>SAILING/DESPATCHING DATE (ON OR ABOUT) : 26 NOVEMBER 2024 | |
| VOYAGE FROM :  ANY THAILAND PORT,  THAILAND<br>TO :         CINCINNATI,  UNITED STATES OF AMERICA | |
| AMOUNT INSURED HEREUNDER :   USD 209,792.00 (EQUAL TO BAHT 7,292,369.92)<br>(EQUALS TO USD 190,720.00  .-PLUS 10.00%  @BHT.34.7600) | |

INTEREST MARKS AND NOS./SUBJECT-MATTER INSURED :

BioPBS made in Thailand
MCA PO 4500000876
Danimer PO DSKY-PO-018664,DSKY-PO-018665

20 PALETS (40 BAGS)BIOPBS FD92PM
DETAILS AS PER INVOICE NO. DE50003890
DATE : 26-NOV-2024
B/L NO. TH24110753
ISSUED IN 1 ORIGINAL 1 DUPLICATE 1 COPY

Valued at the same Amount Insured.

CLAUSES, ENDORSEMENTS, SPECIAL CONDITIONS AND WARRANTIES :
DETAILS AS PER CLAUSES STATED IN MARINE OPEN COVER NO.63001-113-240001020.

Claims, if any payable at/in : UNITED STATES OF AMERI

by :   W K WEBSTER (OVERSEAS) LTD
80 MAIDEN LANE, SUITE 302, NEW YORK, NY 10038, UNITED STATES OF AMERICA
NY@WKWEBSTEROVERSEAS.COM
PHONE: +1 212 269 8220, A/HOURS: +1 917 520 0635, FAX: +1 212 363 9726

In the event of loss or damage which may involve a claim under this insurance, no claim will be admitted unless immediate notice

for survey has been given to and a survey report obtained from or with the approval of :

W K WEBSTER (OVERSEAS) LTD
80 MAIDEN LANE, SUITE 302, NEW YORK, NY 10038, UNITED STATES OF AMERICA
NY@WKWEBSTEROVERSEAS.COM
PHONE: +1 212 269 8220, A/HOURS: +1 917 520 0635, FAX: +1 212 363 9726

| ☐ AGENT | X BROKER    NONE(1) NULL | LICENSE NO.  - |
|---|---|---|

ISSUED IN BANGKOK ON : 26 NOVEMBER 2024

*Notwithstanding anything contained herein or attched hereto to the contrary. it is
understood and agreed that this insurance is subject to English law and practice only
as to all question of liability for and settlement of any and all claims arising under
this Policy.*
*It is further declared and agreed that notwithstanding anything to the contrary in the
Revenue Code of Thailand. the business tax municipal tax and stamp duty on this
Policy are payable by the Assured.*

WE, DHIPAYA INSURANCE PUBLIC COMPANY LIMITED    (herein
refferd to as the Underwriters) hereby agree, in consideration of the payment to us by or
on behalf of the Assured of the premium as arranged, to insure against loss damage
liabilityor expense to extent and in the manner herein provided.

IN WITNESS  whereof the undersigned have subscribed their names for and
on behalf of the Underwriters.





DIRECTOR

DIRECTOR

AUTHORIZED SIGNATURE
MR. SARAVUT YUTTHANONDH



สำนักงานใหญ่ตั้งอยู่เลขที่
1115 ถนนพระราม 3 แขวงช่องนนทรี
เขตยานนาวา กรุงเทพฯ 10120
โทรศัพท์ 1736,0 2239 2200
โทรสาร 0 2239 2049
เลขประจำตัวผู้เสียภาษี
0107538000533
www.dhipaya.co.th

**บริษัท ทิพยประกันภัย จำกัด (มหาชน)**
**DHIPAYA INSURANCE PUBLIC COMPANY LIMITED**

HEAD OFFICE ADDRESS
1115 Rama 3 Road, Chong Nonsi, Yannawa,
Bangkok 10120
TEL. 1736, 0 2239 2200
FAX: 0 2239 2049
บมจ. 576

## MARINE CARGO POLICY
### SCHEDULE

COPY

OPERATOR : rpamarine

POLICY NO.  13001-889-249258394

| | |
|---|---|
| NAME OF ASSURED : PTT MCC BIOCHEM CO.,LTD. | |
| CONVEYANCE : ONE MADRID V.025E<br>SAILING/DESPATCHING DATE (ON OR ABOUT) : **26 NOVEMBER 2024** | |
| VOYAGE FROM :  ANY THAILAND PORT,  THAILAND<br>TO :          CINCINNATI,  UNITED STATES OF AMERICA | |
| AMOUNT INSURED HEREUNDER :    USD 209,792.00 (EQUAL TO BAHT 7,292,369.92)<br>(EQUALS TO USD 190,720.00  .-PLUS 10.00%  @BHT.34.7600) | |

INTEREST MARKS AND NOS./SUBJECT-MATTER INSURED :

BioPBS made in Thailand
MCA PO 4500000876
Danimer PO DSKY-PO-018664,DSKY-PO-018665

20 PALETS (40 BAGS)BIOPBS FD92PM
DETAILS AS PER INVOICE NO. DE50003890
DATE : 26-NOV-2024
B/L NO. TH24110753
ISSUED IN 1 ORIGINAL 1 DUPLICATE 1 COPY

Valued at the same Amount Insured.

CLAUSES, ENDORSEMENTS, SPECIAL CONDITIONS AND WARRANTIES :
DETAILS AS PER CLAUSES STATED IN MARINE OPEN COVER NO.63001-113-240001020.

Claims, if any payable at/in : UNITED STATES OF AMERI
by :    W K WEBSTER (OVERSEAS) LTD
80 MAIDEN LANE, SUITE 302, NEW YORK, NY 10038, UNITED STATES OF AMERICA
NY@WKWEBSTEROVERSEAS.COM
PHONE: +1 212 269 8220, A/HOURS: +1 917 520 0635, FAX: +1 212 363 9726

In the event of loss or damage which may involve a claim under this insurance, no claim will be admitted unless immediate notice
for survey has been given to and a survey report obtained from or with the approval of :
W K WEBSTER (OVERSEAS) LTD
80 MAIDEN LANE, SUITE 302, NEW YORK, NY 10038, UNITED STATES OF AMERICA
NY@WKWEBSTEROVERSEAS.COM
PHONE: +1 212 269 8220, A/HOURS: +1 917 520 0635, FAX: +1 212 363 9726

| ☐ AGENT | ☒ BROKER | NONE(1) NULL | LICENSE NO. - |
|---|---|---|---|

ISSUED IN BANGKOK ON : **26 NOVEMBER 2024**

*Notwithstanding anything contained herein or attached hereto to the contrary. it is
understood and agreed that this insurance is subject to English law and practice only
as to all question of liability for and settlement of any and all claims arising under
this Policy.*

*It is further declared and agreed that notwithstanding anything to the contrary in the
Revenue Code of Thailand. the business tax municipal tax and stamp duty on this
Policy are payable by the Assured.*

**WE, DHIPAYA INSURANCE PUBLIC COMPANY LIMITED**   (herein
refferd to as the Underwriters) hereby agree, in consideration of the payment to us by or
on behalf of the Assured of the premium as arranged, to insure against loss damage
liabilityor expense to extent and in the manner herein provided.

**IN WITNESS** whereof the undersigned have subscribed their names for and
on behalf of the Underwriters.



DIRECTOR

DIRECTOR

AUTHORIZED SIGNATURE
MR. SARAVUT YUTTHANONDH

| | |
|---|---|
| **From:** | Cathy.Baker@mcgc.com |
| **Sent:** | Friday, January 31, 2025 11:55 AM |
| **To:** | Rebecca Walker; Ella Jean Davis |
| **Subject:** | RE: ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876 |

Thank you so very much.

**From:** Rebecca Walker <REWA@NTGAIROCEAN.COM>
**Sent:** Friday, January 31, 2025 11:48 AM
**To:** Cathy Baker <Cathy.Baker@mcgc.com>; Ella Jean Davis <eda@ntgairocean.com>
**Subject:** RE: ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876

Hi Cathy,

These delivered this morning. 

Best Regards,

Rebecca Walker 🌻
Import Team Supervisor

Office: (404) 768-4445
Direct: (404) 264-5496
Rewa@ntgairocean.com





**NTG Air & Ocean, LLC**
100 World Drive
STE 100
Peachtree City, GA 30269

Tel: (404) 768-4445

[www.ntgairocean.com/us/](www.ntgairocean.com/us/)



**Notice: Aries Global Logistics, Inc, has been acquired by NTG Air and Ocean. All existing contacts remain the same. Thank you for your support.**

The applicability of the rates and services contained in this NRA Quotation are applicable for shipment(s) booked and tendered to Carrier from the effective date of this NRA until the NVOCC does not accept any more bookings under this NRA, or until the parties agree to amend this NRA, or for shipments received by Carrier prior to any termination date indicated in the NRA or termination of the NRA caused for any other lawful reason.

This e-mail message and any attachments to it are for the sole use of the intended recipients and may contain confidential and privileged information. This e-mail message and any attachments are the property of NTG Air & Ocean, LLC. Any unauthorized review, use, disclosure, or distribution of this e-mail message or its attachments is prohibited. Any opinions expressed in this message are those of the author and do not necessarily reflect the opinion of NTG Air & Ocean, LLC. If you are not an intended recipient, please notify the sender by reply e-mail and destroy all copies of the original message and any attachments.

---

**From:** Cathy.Baker@mcgc.com <Cathy.Baker@mcgc.com>
**Sent:** Friday, January 31, 2025 11:34 AM
**To:** Rebecca Walker <REWA@NTGAIROCEAN.COM>
**Subject:** FW: ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876
**Importance:** High

You don't often get email from cathy.baker@mcgc.com. Learn why this is important

Good morning, Rebecca.
Can you please give me the delivery status of this order?

Have a Great Day.
**Cathy Baker**
*Representative, Customer Service*
cathy.baker@mcgc.com



**2001 HOOD ROAD**
**GREER, SOUTH CAROLINA 29650 - USA**
**864-879-5249**
m-chem.com/performancepolymers

**From:** Cathy Baker
**Sent:** Friday, January 31, 2025 11:03 AM
**To:** Ella Jean Davis <eda@ntgairocean.com>
**Subject:** RE: ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876

Good morning, Ella.
I don't like to pester you with this but can you please let me know the status of the delivery on this order? We are working on the EOM and I am trying to complete this order.

Thank you so much for your help.
Have a Great Day.
***Cathy Baker***
*Representative, Customer Service*
cathy.baker@mcgc.com



**2001 HOOD ROAD**
**GREER, SOUTH CAROLINA 29650 - USA**
**864-879-5249**
m-chem.com/performancepolymers

---

**From:** Ella Jean Davis <eda@ntgairocean.com>
**Sent:** Monday, January 27, 2025 12:22 PM
**To:** Cathy Baker <Cathy.Baker@mcgc.com>
**Cc:** Ella Jean Davis <eda@ntgairocean.com>
**Subject:** RE: ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876

Hi Cathy, This has been delayed in arriving . New ETA rail 01/29.

Will keep you posted.

Best regards,
Jean Davis

Office: (404) 768-4445
Direct: (404) 465-3718
Email: eda@ntgairocean.com



**NTG AIR & OCEAN, LLC**
100 World Dr., Ste 100

3

Peachtree City, GA 30269

**Offices in:** Atlanta, Chicago, Cincinnati, Denver, Detroit, Houston, Los Angeles, Miami, New York, Philadelphia & Salt Lake City



⚠️ We have NOT changed our bank account, we have just changed our bank account's beneficiary name from ARIES GLOBAL LOGISTICS to NTG AIR & OCEAN, LLC.
If you receive instructions to change bank accounts for remittances, please contact us immediately using a separate email thread or call us at +1 (516) 328-2500.

Visit us at: www.ntgairocean.com

C-TPAT Certified, FMC 002964NF, CHB 22742

**Offices in:** Atlanta, Chicago, Cincinnati, Denver, Detroit, Houston, Los Angeles, Miami, New York, Philadelphia & Salt Lake City

NTG Air & Ocean is a FMC licensed international logistics provider with global reach.

**The applicability of the rates and services contained in this NRA Quotation are applicable for shipment(s) booked and tendered to Carrier from the effective date of this NRA until the NVOCC does not accept any more bookings under this NRA, or until the parties agree to amend this NRA, or for shipments received by Carrier prior to any termination date indicated in the NRA or termination of the NRA caused for any other lawful reason.**

This e-mail message and any attachments to it are for the sole use of the intended recipients and may contain confidential and privileged information. This e-mail message and any attachments are the property of NTG Air & Ocean, LLC. Any unauthorized review, use, disclosure, or distribution of this e-mail message or its attachments is prohibited. Any opinions expressed in this message are those of the author and do not necessarily reflect the opinion of NTG Air & Ocean, LLC. If you are not an intended recipient, please notify the sender by reply e-mail and destroy all copies of the original message and any attachments.

---

**From:** Cathy.Baker@mcgc.com <Cathy.Baker@mcgc.com>
**Sent:** Monday, January 27, 2025 11:52 AM
**To:** Ella Jean Davis <eda@ntgairocean.com>
**Subject:** RE: ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876

Good morning Ella.
As we are coming to the end of the month closing, I need to know if this order has been delivered.
If it hasn't, please give me an ETA.

Have a Great Day.

**Cathy Baker**

*Representative, Customer Service*

cathy.baker@mcgc.com



**2001 HOOD ROAD**
**GREER, SOUTH CAROLINA 29650 - USA**
**864-879-5249**
m-chem.com/performancepolymers

---

**From:** Cathy Baker
**Sent:** Friday, January 10, 2025 1:17 PM
**To:** Ella Jean Davis <eda@ntgairocean.com>
**Subject:** RE: ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876

Thank you, Ella, for the update.

---

**From:** Ella Jean Davis <eda@ntgairocean.com>
**Sent:** Friday, January 10, 2025 1:04 PM
**To:** Cathy Baker <Cathy.Baker@mcgc.com>
**Cc:** Ella Jean Davis <eda@ntgairocean.com>
**Subject:** RE: ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876

Hi Cathy, Please see the ETA to rail is now 01/23.  This has not delivered.

Will keep you posted.

Best regards,
Jean Davis

Office: (404) 768-4445
Direct: (404) 465-3718
Email: eda@ntgairocean.com



**NTG AIR & OCEAN, LLC**
100 World Dr., Ste 100
Peachtree City, GA 30269

**Offices in:** Atlanta, Chicago, Cincinnati, Denver, Detroit, Houston, Los Angeles, Miami, New York, Philadelphia & Salt Lake City

*As the ILA strike on US East Coast and Gulf Coast ports has been suspended until January 15th 2025 following a tentative agreement between the ILA and the USMX, all services remain subject to delays, congestion, backlog, and additional unforeseen costs imposed by the Ocean Carriers and / or Marine Terminals. NTG will continue to closely monitor the situation and do our best to provide exceptional service during these uncertain times*



⚠️ We have NOT changed our bank account, we have just changed our bank account's beneficiary name from ARIES GLOBAL LOGISTICS to NTG AIR & OCEAN, LLC.
If you receive instructions to change bank accounts for remittances, please contact us immediately using a separate email thread or call us at +1 (516) 328-2500.

Visit us at:  www.ntgairocean.com

C-TPAT Certified, FMC 002964NF, CHB 22742

**Offices in:** Atlanta, Chicago, Cincinnati, Denver, Detroit, Houston, Los Angeles, Miami, New York, Philadelphia & Salt Lake City

NTG Air & Ocean is a FMC licensed international logistics provider with global reach.

**The applicability of the rates and services contained in this NRA Quotation are applicable for shipment(s) booked and tendered to Carrier from the effective date of this NRA until the NVOCC does not accept any more bookings under this NRA, or until the parties agree to amend this NRA, or for shipments received by Carrier prior to any termination date indicated in the NRA or termination of the NRA caused for any other lawful reason.**

This e-mail message and any attachments to it are for the sole use of the intended recipients and may contain confidential and privileged information. This e-mail message and any attachments are the property of NTG Air & Ocean, LLC. Any unauthorized review, use, disclosure, or distribution of this e-mail message or its attachments is prohibited. Any opinions expressed in this message are those of the author and do not necessarily reflect the opinion of NTG Air & Ocean, LLC. If you are not an intended recipient, please notify the sender by reply e-mail and destroy all copies of the original message and any attachments.

**From:** Cathy.Baker@mcgc.com <Cathy.Baker@mcgc.com>
**Sent:** Friday, January 10, 2025 11:46 AM
**To:** Ella Jean Davis <eda@ntgairocean.com>
**Subject:** RE: ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876

Good morning, Ella.
Please let me know when this order has been delivered.

Thank you.

Have a Great Day.
**Cathy Baker**
*Representative, Customer Service*
cathy.baker@mcgc.com



**2001 HOOD ROAD**
**GREER, SOUTH CAROLINA 29650 - USA**
**864-879-5249**
m-chem.com/performancepolymers

---

**From:** Ella Jean Davis <eda@ntgairocean.com>
**Sent:** Monday, January 6, 2025 10:05 AM
**To:** Beliz Erten <beliz@Mtsnyc.com>
**Cc:** Shannon Atkins <Shannon.Atkins@mcgc.com>; amarshall@danimer.com; ezgi@mtsnyc.com; Cathy Baker <Cathy.Baker@mcgc.com>; lpe@ntgairocean.com; NTG Air & Ocean US ATL Import <Atl.import.us@ntgairocean.com>; Ella Jean Davis <eda@ntgairocean.com>
**Subject:** RE: ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876

Hi Beliz, Please send corrected arrival notice. Containers have not left NYC port on the rail to CVG.

When will this rail from NYC to CVG?

Please advise.
Thank you

Best regards,
Jean Davis

Office: (404) 768-4445
Direct: (404) 465-3718
Email: eda@ntgairocean.com



**NTG AIR & OCEAN, LLC**
100 World Dr., Ste 100
Peachtree City, GA 30269



**Offices in:** Atlanta, Chicago, Cincinnati, Denver, Detroit, Houston, Los Angeles, Miami, New York, Philadelphia & Salt Lake City

*As the ILA strike on US East Coast and Gulf Coast ports has been suspended until January 15th 2025 following a tentative agreement between the ILA and the USMX, all services remain subject to delays, congestion, backlog, and additional unforeseen costs imposed by the Ocean Carriers and / or Marine Terminals. NTG will continue to closely monitor the situation and do our best to provide exceptional service during these uncertain times*



⚠️ We have NOT changed our bank account, we have just changed our bank account's beneficiary name from ARIES GLOBAL LOGISTICS to NTG AIR & OCEAN, LLC.
If you receive instructions to change bank accounts for remittances, please contact us immediately using a separate email thread or call us at +1 (516) 328-2500.

Visit us at: www.ntgairocean.com

C-TPAT Certified, FMC 002964NF, CHB 22742

**Offices in:** Atlanta, Chicago, Cincinnati, Denver, Detroit, Houston, Los Angeles, Miami, New York, Philadelphia & Salt Lake City

NTG Air & Ocean is a FMC licensed international logistics provider with global reach.

**The applicability of the rates and services contained in this NRA Quotation are applicable for shipment(s) booked and tendered to Carrier from the effective date of this NRA until the NVOCC does not accept any more bookings under this NRA, or until the parties agree to amend this NRA, or for shipments received by Carrier prior to any termination date indicated in the NRA or termination of the NRA caused for any other lawful reason.**

This e-mail message and any attachments to it are for the sole use of the intended recipients and may contain confidential and privileged information. This e-mail message and any attachments are the property of NTG Air & Ocean, LLC. Any unauthorized review, use, disclosure, or distribution of this e-mail message or its attachments is prohibited. Any opinions expressed in this message are those of the author and do not necessarily reflect the opinion of NTG Air & Ocean, LLC. If you are not an intended recipient, please notify the sender by reply e-mail and destroy all copies of the original message and any attachments.

**From:** Beliz Erten <beliz@Mtsnyc.com>
**Sent:** Monday, January 6, 2025 6:48 AM
**To:** Ella Jean Davis <eda@ntgairocean.com>
**Cc:** shannon_atkins@m-chem.com; amarshall@danimer.com; ezgi@mtsnyc.com; cathy.baker@mcgc.com; lpe@ntgairocean.com; NTG Air & Ocean US ATL Import <atl.import.us@ntgairocean.com>; Jenna Scott <jsco@ntgairocean.com>

**Subject:** ARRIVAL NOTICE / DANIMER BIOPLASTICS INC / ONEYBKKEFD718700 / TH24110753 / PO#018664, 018665, 4500000876



5 WEST 37TH STREET
SUITE 300
NEW YORK, NY 10018
PHONE: (212) 594 3117
FAX: (212) 594 6821

# Email Cover Sheet

**DATE:**                06-Jan-25 06:47 AM

| ATTENTION | ELLA JEAN DAVIS |
|---|---|
| | DANIMER BIOPLASTICS INC |
| EMAIL ADDRESS | eda@ntgairocean.com |
| FROM | Beliz Erten |

**MESSAGE**

Good day,

Please kindly find the ARRIVAL NOTICE and HBL COPY to your shipment attached.

We will continue to follow up with you on all updates regarding your shipment.

If you have any questions please feel free to contact us your customer representative is EZGI

Please confirm your receipt.

Thank you and have a great day.


Please see the attached documents.


Beliz Erten
MTS LOGISTICS, INC.
5 W 37TH ST RM 300 NEW YORK NY 10018
Phone: +12125943117


# MTS Logistics®

5 WEST 37TH STREET, SUITE 300
NEW YORK, NY 10018
PHONE: (212) 594 3117
FAX: (212) 594 6821

## Arrival Notice

**Page 1 of 1**

ELLA JEAN DAVIS
DANIMER BIOPLASTICS INC
1301 COLQUITT HWY
BAINBRIDGE GA 39817

| | |
|---|---|
| SHIPMENT | S2490354 |
| CONSOL | C2411018832 |
| DATE | 06-Jan-25 06:47 |

### SHIPMENT DETAILS
**PRINTED BY: Beliz Erten    DATE: 06-01-2025**

| SHIPPER | CONSIGNEE |
|---|---|
| PTT MCC BIOCHEM COMPANY LIMITED<br>555/2 ENERGY COMPLEX BUILDING B, 14TH FLOOR<br>VIBHAVADI RANGSIT ROAD<br>CHATUCHAK<br>10900<br>THAILAND | DANIMER BIOPLASTICS INC<br>495 ROLLING HILLS LN<br>WINCHESTER KY 40391-9675<br>UNITED STATES |

| NOTIFY PARTY | GOODS AVAILABLE AT | FIRMS |
|---|---|---|
| | CSX RAIL<br>2149 WESTERN AVE<br>CINCINNATI OH 45214<br>UNITED STATES | J614 |
| Phone:          Fax: | Phone:          Fax: | |

| CARRIER | GOODS TO BE CLEARED BY |
|---|---|
| OCEAN NETWORK EXPRESS | MTS CUSTOMS BROKERAGE LLC |

| INBOND TRANSIT (IT) NUMBER | IT ISSUE DATE | IT ISSUE PLACE | AMS NUMBER |
|---|---|---|---|
| V8N61485077 | 11-Jan-25 | NEW YORK | SNJCTH24110753 |

| ORDER NUMBERS / REFERENCE | SCAC | OCEAN BILL OF LADING | HOUSE BILL OF LADING |
|---|---|---|---|
| PO#018664, 018665, 4500000876 | ONEY | ONEYBKKEFD718700 | TH24110753 |

| HOUSE BILL | PACKS | WEIGHT | VOLUME | CHARGEABLE | ORDER REFERENCES |
|---|---|---|---|---|---|
| TH24110753 | 20 PKG | 32,608.00 KG | 0.00 M3 | 32.61 M3 | PO#018664, 018665, 4500000876 |
| **TOTAL:** | **20 PKG** | **32608 KG** | **0 M3** | **32.608 M3** | |

### GOODS DESCRIPTION
POLYBUTYLENE SUCCINATE

| PACKAGES | WEIGHT | VOLUME | CHARGEABLE | EST DELIVERY |
|---|---|---|---|---|
| 20 PKG (OUTER), 0 CTN (INNER) | 32608.000 KG | | 32.608 M3 | |

| GOODS COLLECTED FROM | ETD | GOODS DELIVERED TO | ETA |
|---|---|---|---|
| THLCH = Laem Chabang, Thailand | 26-Nov-24 | USCVG = Cincinnati, United States | 15-Jan-25 |

### ROUTING INFORMATION

| Mode | Vessel / Voyage / IMO(Lloyds) | Carrier | Load | Disch. | ETD | ETA | ATD | ATA |
|---|---|---|---|---|---|---|---|---|
| SEA | ONE MADRID / 025E / 9805453 | OCEAN NETWORK EXPRESS | THLCH = Laem Chabang | USNYC = New York | 26-Nov-24 | 11-Jan-25 | 26-Nov-24 | |
| RAI | 12-Jan | | USNYC = New York | USCVG = Cincinnati | 12-Jan-25 00:00 | 15-Jan-25 00:00 | | |

| CONTAINER | SEAL | TYPE | WEIGHT | VOLUME | PACKS |
|---|---|---|---|---|---|
| TCKU2193110 | SLC0000485 | 20GP FCL | 16304.000 KG | | 10 PKG |
| TCKU2949450 | SLC0000484 | 20GP FCL | 16304.000 KG | | 10 PKG |

Yours Sincerely,

Beliz Erten

Email: beliz@Mtsnyc.com