IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: DANIMER SCIENTIFIC, INC., et al.,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>)<br>) Case No. 25–10518 (MFW)<br>) (Jointly Administered)<br>)<br>) Re: 219, 277 |

**REPLY IN SUPPORT OF KANEKA CORPORATION'S MOTION TO MODIFY THE AUTOMATIC STAY TO COMMENCE LITIGATION IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

Creditor Kaneka Corporation ("Kaneka") by its undersigned counsel, hereby files this reply in support of Kaneka's Motion to Modify the Automatic Stay to Commence Litigation in the United States District Court for the District of Delaware (the "Motion") and in reply to the Debtors' Response thereto (the "Response") to and states as follows:

**PRELIMINARY STATEMENT**

1. The Debtors' primary argument in its Response is that Kaneka is somehow barred from asserting infringement claims against the Debtors pursuant to a Patent Prosecution and Maintenance Agreement dated February 4, 2015 (the "PPMA") which, they allege, gives the Debtors "joint ownership of the *very patents that Kaneka is alleging are being infringed.*" Response at p. 2 (emphasis added). It is upon this basis that the Debtors suggest that Kaneka's motion is "embarrassingly deficient." Although the Debtors did not attach the PPMA to support their position, Kaneka respectfully submits that it has reviewed the PPMA and note that it contains

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: Danimer Scientific, Inc. (4518); Danimer Bioplastics, Inc. (8734); Danimer Scientific Holdings, LLC (8521); Danimer Scientific Kentucky, Inc. (6371); Danimer Scientific Manufacturing, Inc. (0322); Danimer Scientific, L.L.C. (7346); Meredian Bioplastics, Inc. (5822); Meredian Holdings Group, Inc. (7239); Meredian, Inc. (7507); and Novomer, Inc. (4173). The location of the Debtors' corporate headquarters is: 140 Industrial Boulevard, Bainbridge, Georgia, 39817.

no language to support the Debtors' arguments. For the reasons set forth below, the Debtors' interpretation of the PPMA is fundamentally in error and it does not provide a basis to deny the Motion.

## ARGUMENT

    A.    **Kaneka's Patents**

2.    As stated in the Motion, Kaneka's Patents[2] were issued on October 25, 2016, and July 24, 2018, respectively, both *well after* entry into the PPMA, and they issued from applications that were first filed on August 3, 2012, and October 11, 2013, respectively.

    B.    **The PPMA.**

3.    As noted above, the Debtors assert in their response that the PPMA, entered into in February, 2014, somehow gives the Debtors joint ownership of the Patents that were based on applications that were already filed as of that time and known to Kaneka, but *not included* in the agreement. This is illogical and, at best, a significant distortion of generic, non-binding language in the PPMA.

4.    A thorough examination of the PPMA reveals that the PPMA identified certain patent applications and patents as jointly owned, and provides that any "reissues, divisionals, continuations, reexaminations, renewals, extensions, additions, and continuations-in-part, and/or overseas counterparts thereof" of those identified applications are similarly jointly owned. The PPMA does <u>not</u> identify the applications that issued as the '117 or '923 Patents, which Kaneka asserts are being infringed. Moreover, there are <u>no</u> applications identified in the PPMA from which the '117 or '923 Patents are a reissue, divisional, continuation, reexamination, renewal, continuations-in-part, additions and extensions, and/or overseas counterpart thereof. In short, and

---

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

contrary to the unsupported allegation in the Response, the PPMA does <u>not</u> identify the '117 or '934 Patents or the applications that issued as the '117 or '934 Patents, nor does it identify <u>any</u> application to which the '117 and/or '934 claim priority (whether US or foreign).  The Response wholly fails to support the assertion that the PPMA provides for joint ownership of such Patents.

5. Moreover, a simple review of the USPTO Assignment Database (available at [assignment.uspto.gov/patent/index.html](assignment.uspto.gov/patent/index.html)), which provides the public record of patent ownership, does not show any other party having an interest in the Patents other than Kaneka.  Certainly, if the PPMA provided the joint ownership that the Debtors allege, prudence dictates that a recording of such ownership would be filed at the USPTO.  However, the UPSTO records provide clear evidence that the Patents are solely owned by Kaneka.  See UPSTO records attached hereto as **<u>Exhibit A</u>**. and linked here:

- [https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=10030117&type=patNum;](https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=10030117&type=patNum;)  and
- [https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=9475934&type=patNum](https://assignment.uspto.gov/patent/index.html#/patent/search/resultAbstract?id=9475934&type=patNum)

**WHEREFORE**, for all the foregoing reasons and for cause shown, Kaneka respectfully requests that the Court enter an order modifying the automatic stay under section 362(a) in such a manner as to allow Kaneka to commence and prosecute the Infringement Action to judgment in the Delaware District Court and grant such further relief as this Court deems just and proper.

Dated:  May 7, 2025

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

*/s/ Kate Roggio Buck*
Kate Roggio Buck, Esq. (DE 5140)
Chelsea A. Botsch, Esq. (DE 6715)
405 North King Street, 8th Floor
Wilmington, DE 19801
kbuck@mccarter.com
cbotsch@mccarter.com

**SQUIRE PATTON BOGGS (US) LLP**
Christopher J. Giaimo, Esq. (*Admitted Pro Hac Vice*)
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6461
Christopher.giaimo@squirepb.com

*Counsel for Kaneka Corporation*