IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DANIMER SCIENTIFIC, INC., *et al.*, | ) ) ) | Case No. 25-10518 (MFW) |
| Debtors.¹ | ) ) ) | (Jointly Administered) |

NOTICE OF *AMENDED*² AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 12, 2025 AT 3:00 P.M. (ET)³

> **THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**
>
> **TO ATTEND THIS HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

---

[1]  The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are:  Danimer Scientific, Inc. (4518); Danimer Bioplastics, Inc. (8734); Danimer Scientific Holdings, LLC (8521); Danimer Scientific Kentucky, Inc. (6371); Danimer Scientific Manufacturing, Inc. (0322); Danimer Scientific, L.L.C. (7346); Meredian Bioplastics, Inc. (5822); Meredian Holdings Group, Inc. (7239); Meredian, Inc. (7507); and Novomer, Inc. (4173).  The location of the Debtors' corporate headquarters is: 140 Industrial Boulevard, Bainbridge, Georgia, 39817.

[2]  **Amended agenda items appear in bold.**

[3]  All motions and other pleadings referenced herein are available online at the following address: https://cases.stretto.com/danimerscientific

RLF1 32940277v.1

**I.     ADJOURNED MATTER:**

1. Motion of Debtors for Entry of an Order (I) Approving Consulting Agreement with GA Wholesale & Industrial Solutions, LLC Effective as of April 12, 2025; (II) Authorizing the Sale of Designated Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Docket No. 175; filed April 15, 2025]

    Response/Objection Deadline:        April 29, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:      None

    Related Documents:

    i.  Certificate of No Objection Regarding the Motion of Debtors for Entry of an Order (I) Approving Consulting Agreement with GA Wholesale & Industrial Solutions, LLC Effective as of April 12, 2025; (II) Authorizing the Sale of Designated Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Docket No. 239; filed April 30, 2025]

    Status: On April 30, 2025, the Debtors filed a certificate of no objection regarding this matter. The hearing on this matter has been adjourned to a date and time to be determined.

**II.    RESOLVED MATTER:**

2. Debtors' Application for Entry of an Order Authorizing the Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 206; filed April 21, 2025]

    Response/Objection Deadline:        May 5, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:      None

    Related Documents:

    A.  Certificate of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 285; filed May 6, 2025]

    B.  Order Authorizing the Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 291; entered May 7, 2025]

    Status: On May 7, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**III.     CONTESTED MATTERS GOING FORWARD:**

3. Motion of Debtors for Entry of Orders (A) Approving (I) Bidding Procedures, (II) Certain Bid Protections in Connection With A Stalking Horse Agreement, if Any, (III) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (IV) Assumption and Assignment Procedures; (B) Scheduling Auction, Sale Hearing, and Related Deadlines; (C) Approving (I) Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) Assumption and Assignment of Executory Contracts and Unexpired Leases; and (D) Granting Related Relief [Docket No. 93; filed March 27, 2025]

   <u>Sale Objection Deadline</u>:          May 8, 2025 at 4:00 p.m. (ET)

   <u>Sale Responses/Objections Received</u>:

   A. Reservation of Rights in Connection with Debtors' Motion for Entry of Orders Approving, *Inter Alia*, the Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and Assumption and Assignment of Executory Contracts and Unexpired Leases; and Granting Related Relief [Docket No. 126; filed April 10, 2025]

   B. Kaneka Corporation's Limited Objection and Reservation of Rights to Debtors' Proposed Sale Transactions of Substantially All 363 Sale Assets [Docket No. 215; filed April 22, 2025]

   C. Informal comments from the U.S. Environmental Protection Agency

   D. **[SEALED] Objection to Debtors' Motion for Entry of Orders (A) Approving (I) Bidding Procedures, (II) Certain Bid Protections in Connection with a Stalking Horse Agreement, if any, (III) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (IV) Assumption and Assignment Procedures; (B) Scheduling Auction, Sale Hearing, and Related Deadlines; (C) Approving (I) Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) Assumption and Assignment of Executory Contracts and Unexpired Leases; and (D) Granting Related Relief [Docket No. 300; filed May 8, 2025]**

   <u>Cure Responses/Objections Received</u>:

   E. Limited Objection and Reservation of Rights to Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 266; filed May 5, 2025]

   F. Limited Objection and Reservation of Rights of Store Capital Acquisitions, LLC to Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 273; filed May 5, 2025]

G. Limited Objection and Reservation of Rights of Alliance for Sustainable Energy, LLC to Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 276; filed May 5, 2025]

Related Documents:

i. Declaration of Frank A. Pometti in Support of the Chapter 11 Cases and First-Day Motions [Docket No. 15; filed March 19, 2025]

ii. Order (A) Approving (I) Bidding Procedures, (II) Certain Bid Protections in Connection with a Stalking Horse Agreement, if any, (III) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (IV) Assumption and Assignment Procedures; (B) Scheduling Auction, Sale Hearing, and Related Deadlines; (C) Approving (I) Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) Assumption and Assignment of Executory Contracts and Unexpired Leases; and (D) Granting Related Relief [Docket No. 196; entered April 17, 2025]

iii. Notice of Proposed Assumption and Assignment of Certain Executory Contracts [Docket No. 199; filed April 17, 2025]

iv. Notice of Sale, Bidding Procedures, Auction and Sale Hearing [Docket No. 200; filed April 17, 2025]

v. Affidavit of Publication of Notice of Sale, Bidding Procedures, Auction, and Sale Hearing in the Wall Street Journal [Docket No. 212; filed April 22, 2025]

vi. Notice of Extension of Stalking Horse Designation Deadline Pursuant to Bidding Procedures Order [Docket No. 234; filed April 25, 2025]

vii. Notice of Extension of Stalking Horse Designation Deadline Pursuant to Bidding Procedures Order [Docket No. 236; filed April 29, 2025]

viii. Notice of Designation of Stalking Horse Bidder for the Debtors' Assets [Docket No. 250; filed April 30, 2025]

ix. Notice of Revised Dates Relating to Bidding Procedures Deadlines [Docket No. 251; filed April 30, 2025]

x. Notice of Cancellation of Auction and Designation of Winning Bidder [Docket No. 281; filed May 5, 2025]

xi. Certificate of No Objection Regarding Order (I) Authorizing the Debtors to Enter into the Stalking Horse Agreement and Provide Bidding Protections Thereunder in Accordance with the Bidding Procedures and (II) Granting Related Relief [Docket No. 284; filed May 6, 2025]

4

    xii.    Order (I) Authorizing the Debtors to Enter into the Stalking Horse Agreement and Provide Bidding Protections Thereunder in Accordance with the Bidding Procedures and (II) Granting Related Relief [Docket No. 292; entered May 7, 2025]

    xiii.    Notice of Filing of Proposed Form of Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Debtors to Enter Into and Perform Their Obligations Inder the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (D) Granting Related Relief [Docket No. 295; filed May 7, 2025]

    **xiv.**    **Witness and Exhibit List for Hearing Scheduled for May 12, 2025, at 3:00 P.M. (Eastern Time) [Docket No. 303; filed May 9, 2025]**

    <u>Status</u>: **The hearing on this matter is going forward as a status conference.**

4.    Kaneka Corporation's Motion to Modify the Automatic Stay to Commence Litigation in the United States District Court for the District of Delaware [Docket No. 219; filed April 24, 2025]

    <u>Response/Objection Deadline</u>:    May 5, 2025 at 4:00 p.m. (ET)

    <u>Response/Objection Received</u>:

    A.    Debtors' Response Opposing Kaneka Corporation's Motion to Modify the Automatic Stay to Commence Litigation in the United States District Court for the District of Delaware [Docket No. 277; filed May 5, 2025]

    <u>Reply Received</u>:

    B.    Reply in Support of Kaneka Corporation's Motion to Modify the Automatic Stay to Commence Litigation in the United States District Court for the District of Delaware [Docket No. 293; filed May 7, 2025]

    <u>Status</u>: The hearing on this matter is going forward.

RLF1 32940277v.1

5. **Motion to Temporarily File Under Seal The Objection to Debtors' Motion for Entry of Orders (A) Approving (I) Bidding Procedures, (II) Certain Bid Protections in Connection with a Stalking Horse Agreement, if any, (III) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (IV) Assumption and Assignment Procedures; (B) Scheduling Auction, Sale Hearing, and Related Deadlines; (C) Approving (I) Sale of Substantially all of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (II) Assumption and Assignment of Executory Contracts and Unexpired Leases; and (D) Granting Related Relief [Docket No. 301; filed May 8, 2025]**

    **Response/Objection Deadline:**    May 12, 2025 at 4:00 p.m. (ET)

    **Response/Objection Received:**    None at this time

    **Related Documents**:    None

    **Status: The hearing on this matter has been adjourned to a date and time to be determined or as otherwise agreed.**

[*The remainder of this page is intentionally left blank*]

Dated: May 12, 2025
Wilmington, Delaware

/s/ Matthew P. Milana
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
Email: defranceschi@rlf.com
  shapiro@rlf.com
  milana@rlf.com

- and -

**VINSON & ELKINS LLP**
George R. Howard (admitted *pro hac vice*)
David S. Meyer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
Email: ghoward@velaw.com
  dmeyer@velaw.com

- and -

Matthew D. Struble (admitted *pro hac vice*)
Trevor G. Spears (admitted *pro hac vice*)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
Email: mstruble@velaw.com
  tspears@velaw.com

*Attorneys for the Debtors and Debtors in Possession*